JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- In re Air Crash at Dallas/Fort Worth Airport on
August 2, 1985

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/08/16 | 1 | MOTION/MEMORANDUM, SCHEDULE OF ACTIONS -- for transfer of action pursuant to 28 U.S.C. §1407 -- filed by Delta Air Lines, Inc. w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: N.D. Texas -- SUGGESTED TRANSFEREE JUDGE:? (ds) |
| 85/08/26 | | APPEARANCES -- CARL G. QUISENBERRY, ESQ. for Dean Lavern Shawl, etc.; FRANK FINN, ESQ. for Delta Air Lines, Inc. and United States Aviation Underwriters, Inc. (ds) |
| 85/08/28 | | APPEARANCE -- RICHARD E. BROWN, ESQ. for Esther Ledford, et al. (ds) |
| 85/09/04 | 2 | RESPONSE (to pldg. No. 1) -- Dean Lavern Shawl, etc. w/cert. of svc. (ds) |
| 85/09/04 | 3 | RESPONSE (to pldg. No. 1) -- Ester Ledford w/cert. of svc. (ds) |
| 85/09/04 | 4 | MOTION/BRIEF w/cert. of svc.-- pltfs. Robert and Deborah Katz for transfer of actions (A-1 and A-3 thru A-8) -- Notified involved counsel -- SUGGESTED TRANSFEREE DISTRICT: S.D. Florida -- SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 85/09/12 | 5 | AMENDED MOTION AND SCHEDULE -- Delta Air Lines, Inc. -- amending motion (pldg. #1) to include A-3 thru A-12 for pretrial proceeding pursuant to 28 U.S.C. §1407 -- Notified involved counsel. (ds) |
| 85/09/13 | | APPEARANCE --CHARLES H. SMITH, ESQ. for Lockheed Corp. (ds) |
| 85/09/17 | | APPEARANCE: STEPHEN C. HOWELL, ESQ. for Rufus G. Lewis and Enterprise Aviation Co. (cds) |
| 85/09/17 | | APPEARANCE: CHARLES H. SMITH, ESQ. for Lockheed Corp. |
| 85/09/17 | 6 | RESPONSE, BRIEF AND RESPONSE TO AMENDED MOTION -- Lockheed Corp. -- w/cert. of service (cds) |
| 85/09/17 | 7 | RESPONSE, BRIEF -- Delta Air Lines, Inc. -- w/cert. of service (cds) |
| 85/09/18 | 8 | RESPONSE (to pldg. #4) -- Dean Lavern Shawl, etc. w/cert. of svc. (ds) |
| 85/09/18 | 8 | RESPONSE (to pldg. #4) -- Dean Lavern Shawl, etc. w/cert. of svc. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- In re Air Crash at Dallas/Fort Worth Airport on August 2, 1985

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/09/19 | 9 | RESPONSE TO AMENDED MOTION -- defts. Rufus G. Lewis and Enterprise Aviation Co. -- w/cert. of service  (cds) |
| 85/09/19 |  | APPEARANCE -- GARY M. FARMER, ESQ. for Gilbert G. Greene (ds) |
| 85/09/23 |  | APPEARANCE -- SHELDON J. SCHLESINGER, ESQ. FOR Andria Goodkin (cds) |
| 85/09/23 | 10 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SERVICE -- pltf. Andria Goodkin -- FOR TRANSFER (OF A-1 THRU A-12*) TO THE S.D. FLORIDA (*these 12 actions are all included in pldgs. 1 and 5 -- motion to transfer to N.D. Texas) -- NO NOTICE SENT (cds) |
| 85/09/23 | 11 | RESPONSE/BRIEF -- (to pldg. #4) AND RESPONSE (to pldg. #5) -- Charles H. Polk, et al. w/cert. of svc. (ds) |
| 85/09/23 |  | APPEARANCES:  WINDLE TURLEY, ESQ. for Charles H. Polk, et al.; and RICHARD G. McCUE, ESQ. for Kristin Lori, Schatz, et al. (cds) |
| ~~85/09/24~~ |  | ~~APPEARANCE --- JON E. KRUPNICK, ESQ. for Henry Johnson, et al. (ds)~~ |
| 85/09/24 | 12 | JOINDER IN MOTION/RESPONSE -- Gary Johnson (Interested Party), Katz, Levar and Reynolds w/cert. of svc.  (ds) |
| 85/09/24 |  | APPEARANCE -- JON E. KRUPNICK, ESQ. for Gary Johnson, et al. (ds) |
| 85/09/25 | 13 | RESPONSE (to pldg. #5) -- Robert Katz, et al. Homer Levar, et al., John Reynolds, et al. and Henry (Gary) Johnson, et al. w/cert. of svc.  (ds) |
| 85/09/25 | 14 | RESPONSE (to pldg. #4) -- Gilbert G. Greene w/cert. of svc. (ds) |
| 85/09/27 | 15 | RESPONSE (to pldg. #10) -- Delta Air Lines, Inc. -- w/cert. of service  (cds) |
| 85/09/30 | 16 | RESPONSE (to pldg. #10) -- pltfs. Dean Lavern Shawl, et al. -- w/cert. of service  (cds) |
| 85/09/30 | 17 | RESPONSE (to pldg. #10) -- Lockheed Corp. -- w/cert. of service  (cds) |
| 85/10/01 |  | APPEARANCE -- BENTON MUSSLEWHITE, ESQ. for Christopher John Meier, et al.   (ds) |

657    In re Air Crash at Dallas/Fort Worth Airport on August 2, 1985

| | | |
|---|---|---|
| 85/10/01 | 18 | RESPONSE, ADDENDUM, NOTICE OF CORRECTION AND CERT. OF SERVICE -- pltfs. Robert Katz, et al., Homer Levar, etc. and John Reynolds, et al. -- w/cert. of service (cds) |
| 85/10/01 | 19 | RESPONSE (to pldg. #4) -- defts. Rufus G. Lewis and Enterprise Aviation Co. -- w/cert. of service (cds) |
| 85/10/01 | 20 | BRIEF IN OPPOSITION (to pldg. #4) -- defts. Rufus G. Lewis and Enterprise Aviation Co. -- w/cert. of service (cds) |
| 85/10/04 | 21 | INTERESTED PARTY RESPONSE -- plaintiffs Jurkowski, et al. -- (Thomas Kenneth Jurkowski, et al. v. Delta Airlines, Inc., S.D. Fla., C.A. No. 85-6713-CIV) -- w/cert. of service (cds) |
| 85/10/07 | 22 | RESPONSE, BRIEF (to pldg. #10) -- Rufus G. Lewis and Enterprise Aviation Co. -- w/cert. of service (cds) |
| 85/10/11 | 23 | SECOND AMENDED MOTION -- Delta Air Lines, Inc. -- amending motion (pldg. #1) to include A-13 thru A-24 for pretrail proceeding pursuant to 28 U.S.C. §1407 -- Notified involved counsel (rh) |
| 85/10/17 | 24 | RESPONSE -- Lockheed Corp. w/cert. of svc. (ds) |
| 85/10/18 | | HEARING ORDER -- MOTION of DEFENDANT Delta Air Lines, Inc., and MOTIONS of PLAINTIFFS Robert Katz, et al., & Andria Goodkin for transfer of A-1 thru A-11 & A-13 for hearing on 11/21/85 in Portland Oregon (paa) |
| 85/10/18 | 25 | RESPONSE (to Delta's motion) -- pltf. Christopher John Meier, et al. -- w./cert. of service and attachments (cds) |
| 85/10/18 | 26 | RESPONSE (to Reynolds' motion) -- deft. Lockheed Corp. -- w/cert. of service (cds) |
| 85/10/21 | 27 | RESPONSE (To Reynolds' motion) -- Delta Air Lines, Inc. -- w/cert. of service (cds) |
| 85/10/21 | | AMENDED CERT. OF SERVICE (Attached to Pldg. #3) -- pltf. Ledford (cds) |
| 85/10/22 | 28 | RESPONSE (Adopting pldg. #27) -- defts. Rufus G. Lewis and Enterprise Aviation Co. -- w/cert. of service (cds) |
| 85/10/22 | 29 | RESPONSE (to Reynolds' motion) -- defts. Rufus G. Lewis and Enterprise Aviation Co. -- w/cert. of service (cds) |
| 85/10/28 | 30 | RESPONSE (to pldg. #23) -- pltfs. Thomas Kenneth Jurkowski, et al. -- w/cert. of service (cds) |
| 85/10/29 | 31 | RESPONSE (to pldg. #23) -- pltfs. Reed Bunzel, et al. and Judy Cassedy, et al. -- w/cert. of service (cds) |
| 85/10/31 | 32 | RESPONSE -- Dean Lavern Shawl, etc. (to Reynold's motion) -- w/cert. of svc. (rh) |

JPML FORM 1A                                                                    p. 4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/11/01 | | DELTA SUPPLEMENT TO SERVICE -- Delta Air Lines, Inc. attached to pldg. #1 (rh) |
| 85/11/07 | 33 | RESPONSE -- (to pldg. #23) Jaswant S. Bhatti -- w/cert. of svc. (rh) |
| 85/11/12 | 34 | AMENDED MOTION AND SCHEDULE -- (to Second Amended Motion Pldg. #23) Delta Air Lines, Inc. (B-25 thru B-32) -- w/cert. of svc. (rh) |
| 85/11/13 | 35 | INTERESTED PARTY RESPONSE -- Donna Bernstein, et al. -- w/cert. of svc. (rh) |
| 85/11/13 | 36 | MOTION OF INTERESTED PARTY FOR LEAVE TO PRESENT ORAL ARGUMENT -- (to pldg. #35) Donna Bernstein, et al. -- w/cert. of svc. (rh) |
| 85/11/13 | 37 | LETTER TO FILE LATE RESPONSE -- (dated 12, 1985) United States of America -- OK TO FILE RESPONSE (rh) |
| 85/11/13 | 38 | RESPONSE -- United States of America -- w/cert. of svc. (rh) |
| 85/11/13 | 39 | NOTICE OF RELATED ACTION -- Helen Dulong Clark v. Delta Air Lines, Inc., et al., C.A. No. 85-6972-IH -- filed by Lockheed Corp. -- w/cert. of svc. (rh) |
| 85/11/19 | 40 | NOTICE PERTAINING TO TRANSFER -- Robert Klein, etc., Kerry Laver, et al., Nancy Epstein, etc., Clifton H. Schmidt, etc. -- w/cert. of svc. (rh) |
| 85/11/19 | 41 | INTERESTED PARTY RESPONSE -- Brian K. Sulmonetti, et al. -- w/cert. of svc. (rh) |
| 85/11/20 | 42 | RESPONSE -- (to pldg. #1) Christopher John Meier, et al. -- w/cert. of svc. (rh) |
| 85/11/21 | | HEARING APPEARANCES -- JOHN H. MARTIN, ESQ. for Delta Air Lines, Inc., & Lockheed Corporation; KATHLYNN G. FADELY, ESQ., for Cynthia Zoe Dahl, et al; WINDLE TURLEY, ESQ., for Charles H. Polk, et al. & Ronald D. Harris, et al.; CARL G.QUISENBERRY, ESQ. for Dean Lavern Shawl, et al.; RICHARD BROWN, ESQ., for Cynthia Dahl, et al; LEE KREINDLER, ESQ., for Patricia A. Estridge, et al ; JON E. KRUPNICK, ESQ., for Gary Johnson, et al; SHELDON J. SCHLESINGER, ESQ. for Andria Goodkin; MICHAEL C. ZWAL, ESQ., for Jaswant S. Bhatti; J.STEPHEN WALKER, ESQ., for Donna Bernstein, et al; DANIEL C.CATHCART, ESQ., for Judy Cassedy, et al; GREGORY TONORE, ESQ., for Rebecca Sander; WILLIAM SURIANO, ESQ.,for Brian K. Sulmonetti, et al. (rh) |
| 85/11/21 | | WAIVERS OF ORAL ARGUMENT -- Katharen Reynolds; Rufus Lewis; Shuan McLaughlin, et al; Thomas Jurkowski, et al.; Kristin L. Schatz; Robert Klein, et al; Alan Schatz. (rh) |

657    In re Air Crash at Dallas/Fort Worth Airport on  August 2, 1985

| 85/11/22 | 43 | ADDITIONAL RESPONSE -- (to pldg. #32) pltf. Dean Laverne Shawl -- w/cert. of svc. (rh) |

85/12/17    CONSENT OF TRANSFEREE DISTRICT -- FOR TRANSFER OF ACTIONS UNDER 28 U.S.C. §1407 TO THE N.D. TEXAS AND ASSIGNMENT TO JUDGE DAVID O. BELEW, JR. -- signed by Chief Judge Woodward (cds)

85/12/17    TRANSFER ORDER -- transferring A-1 thru A-20 and A-23 and A-24 to the Northern District of Texas before the Honorable David O. Belew, Jr. -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL, PUBLISHERS AND MISC. RECIPIENTS  (cds)

86/01/13    CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-25 - B-29 and B-34 - B-37 -- listed below -- Notified involved counsel and judges (rh)

| B-25 | Kerry Laver,  etc. v. Delta Air Lines | S.D.Fla. Roettger | 85-8556 |
| B-26 | Kerry Laver,  etc. v. Delta Air Lines | S.D.Fla. Aronovitz | 85-8557 - CIV-ARONOVITZ |
| B-27 | Clifton H. Schmidt, etc. v. Delta Air Lines, Inc. | S.D. Fla. Roettger | 85-8558 - CIV-NCR |
| B-28 | Nancy Epstein, etc. v. Delta Air Lines, Inc. | S.D.Fla. Davis | 85-8579- CIV -DAVIS |
| B-29 | Ann Marie Ibarguengortia-Garde, etc. v. Delta Air Lines, Inc. | S.D.Fla. Spellman | 85-3299- CIV -SPELLMAN |
| B-34 | Brian K. Sulmonetti, etc. v. Delta Air Lines, Inc | S.D.Tex De Anda | H-85-6262 |
| B-35 | Donna Bernstein, et al. v. Delta Air Lines, Inc. | S.D.Fla. Gonzalez | 85-6852-Civ GONZALEZ |
| B-36 | Letty J. Manne, et al. v. Delta Air Lines, Inc. | S.D.Fla. Davis | 85-3549-Civ DAVIS |
| B-37 | Marie A. Davidson, etc. v. Delta Air Lines, Inc. | S.D.Fla. Spellman | 85-3520-Civ SPELLMAN |

JPML FORM 1A

B 6

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/01/22 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-31 and B-38 - B-44 -- listed below -- Notified involved counsel and judge (rh) |
| 86/01/29 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (9 actions B-25 - B-29 and B-34 - B-37 listed below) -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |

| | | | |
|---|---|---|---|
| B-31 | Mara Robinson, et al. v. Delta Air Lines, Inc. | S.D.Fla. Hastings | 85-3340- CIV-ALH |
| B-38 | Roy S. Thompson, etc. v. Delta Air Lines, Inc. | S.D.Fla. Aronovitz | 85-3507-CIV ARONOVITZ |
| B-39 | Madeline Monberg, etc. v. Delta Air Lines, Inc. | S.D.Fla. Marcus | 85-3508-CIV- MARCUS |
| B-40 | Robert Pegg, etc. v. Delta Air Lines, Inc. | S.D.Fla. Eaton | 85-3548-CIV- EATON |
| B-41 | Michael Muchnick, etc. v. Delta Air Lines, Inc., et al. | S.D.Fla. Zloch | 85-6929-CIV- ZLOCH |
| B-42 | Gerald Goldman, et al. v. Delta Air Lines, Inc., et al. | S.D.Fla. Davis | 85-6934-CIV- DAVIS |
| B-43 | Sarah A. Miller, etc. v. Delta Air Lines, Inc. | S.D.Fla. Atkins | 86-0001-CIV- ATKINS |
| B-44 | Rebecca A. Sander, etc. v. Delta Air Lines, Inc. | W.D.La. Duhe | 85-3220- SEC L |

| | | | |
|---|---|---|---|
| B-25 | Kerry Laver, etc. v. Delta Air Lines | S.D.Fla Roettger | 85-8556 |
| B-26 | Kerry Laver, etc. v. Delta Air Lines | S.D.Fla Aronovitz | 85-8557 - CIV-ARONOVITZ |
| B-27 | Clifton H. Schmidt, etc. v. Delta Air Lines, Inc. | S.D. Fla. Roettger | 85-8558 - CIV-NCR |
| B-28 | Nancy Epstein, etc. v. Delta Air Lines, Inc. | S.D.Fla. Davis | 85-8579- CIV -DAVIS |
| B-29 | Ann Marie Ibarguengortia-Garde, etc. v. Delta Air Lines, Inc. | S.D.Fla. Spellman | 85-3299- CIV -SPELLMAN |
| B-34 | Brian K. Sulmonetti, etc. v. Delta Air Lines, Inc | S.D.Tex De Anda | H-85-6262 |
| B-35 | Donna Bernstein, et al. v. Delta Air Lines, Inc. | S.D.Fla. Gonzalez | 85-6852-Civ GONZALEZ |
| B-36 | Letty J. Manne, et al. v. Delta Air Lines, Inc. | S.D.Fla. Davis | 85-3549-Civ DAVIS |
| B-37 | Marie A. Davidson, etc. v. Delta Air Lines, Inc. | S.D.Fla. Spellman | 85-3520-Civ SPELLMAN |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- In re Air Crash at Dallas/Fort Worth Airport on
August 2, 1985

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/01/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-32 Patricia Ann Estridge, etc. v. Delta Air Lines, Inc., S.D. New York, C.A. No. 85-Civ-7975 -- Notified involved counsel and judges. (tmq) |
| 86/02/07 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (8 actions listed below) -- NOTIFIED INVOLVED JUDGES AND CLERKS (rh) |

| | | | | |
|---|---|---|---|---|
| B-31 | Mara Robinson, et al. v. Delta Air Lines, Inc. | S.D.Fla. Hastings | 85-3340-CIV-ALH | |
| B-38 | Roy S. Thompson, etc. v. Delta Air Lines, Inc. | S.D.Fla. Aronovitz | 85-3507-CIV-ARONOVITZ | |
| B-39 | Madeline Monberg, etc. v. Delta Air Lines, Inc. | S.D.Fla. Marcus | 85-3508-CIV-MARCUS | |
| B-40 | Robert Pegg, etc. v. Delta Air Lines, Inc. | S.D.Fla. Eaton | 85-3548-CIV-EATON | |
| B-41 | Michael Muchnick, etc. v. Delta Air Lines, Inc., et al. | S.D.Fla. Zloch | 85-6929-CIV-ZLOCH | |
| B-42 | Gerald Goldman, et al. v. Delta Air Lines, Inc., et al. | S.D.Fla. Davis | 85-6934-CIV-DAVIS | |
| B-43 | Sarah A. Miller, etc. v. Delta Air Lines, Inc. | S.D.Fla. Atkins | 86-0001-CIV-ATKINS | |
| B-44 | Rebecca A. Sander, etc. v. Delta Air Lines, Inc. | W.D.La. Duhe | 85-3220-SEC L | |

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/02/11 | | CONDITONAL TRANSFER ORDER -- B-49 Harold Ageloff, etc. v. Delta Airlines, Inc., et al., S.D. Florida, C.A. No. 86-8035-CIV (TES) -- Notified involved counsel and judges (tmq) |
| 86/02/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-32 Patricia Ann Estridge, etc. v. Delta Air Lines, Inc., S.D. New York, C.A. No. 85-Civ-7975 -- Notified involved judges and clerks (rh) |
| 86/02/27 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-49 Harold Ageloff, etc. v. Delta Air Lines, Inc., et al., S.D. Florida, C.A. No. 86-8035-CIV(TES) -- Notified involved judges and clerks (rh) |
| 86/02/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-51 Carol F. Larsen, et al. v. Delta Air Lines, Inc., et al., S.D. Texas, C.A. NO. H-86-747 -- Notified involved counsel and judges (tmq) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- In re Air Crash at Dallas/Fort Worth Airport on August 2, 1985

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/03/13 | 44 | NOTICE OF OPPOSITION TO CTO -- filed by pltf. Carol F. Larsen, et al. -- B-51 Carol F. Larsen, et al. v. Delta Air Lines, Inc., et al., S.D. Texas, C.A. No. H-86-747 -- Notified involved counsel and judges (rh) |
| 86/03/27 | 45 | MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Plaintiffs B-51 Carol F. Larsen, et al. v. Delta Air Lines, Inc., et al., S.D. Texas, C.A. No. H-86-747 -- w/cert. of svc. and attachments. (paa) |
| 86/04/03 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-52 Elmo Joshua, etc. v. Delta Air Lines, Inc., S.D. Florida, C.A. No. 86-6198-CIV-ROETTGER and B-53 Christine G. Battisti, etc. v. Delta Air Lines, Inc., S.D. Florida, C.A. No. 86-8034-CIV-ROETTGER -- Notified involved counsel and judges (rh) |
| 86/04/07 | 46 | MOTION AND BRIEF -- Harold Ageloff for remand of B-49 Ageloff v. Delta Airlines, Inc. N.D. Texas C.A.#4-86-204-K w/cert. of svc. (tmq) |
| 86/04/11 | 47 | RESPONSE -- (pldg.#45) Delta Air Lines, Inc. -- w/cert. of svc. (tmq) |
| 86/04/11 | | HEARING ORDER (setting Moyion to remand B-49 (Ageloff) and motion to vacate conditional transfer order in B-51 (Larsen) for Panel hearing in Washington, D.C. on May 16, 1986 (cds) |
| 86/04/14 | | CONDITIONAL TRANSFER ORDER -- Tery Dale Mayberry, etc. v. Delta Air Lines, Inc. et al. S.D. Texas, C.A. No. H-86-872 -- Notified involved judges and counsel (tmq) |
| 86/04/15 | 48 | Letter-Re Status of (B-51) Larson-requesting Panel action be withheld w/cert. of svc (tmq) |
| 86/04/18 | 49 | NOTICE OF OPPOSITION TO CTO -- filed by pltf. Battisti -- Christine G. Battisti, etc. v. Delta Air Lines, Inc., S.D. Florida, C.A. No. 86-8034-CIV-ROETTGER -- Notified involved liaison counsel and judges (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- In re Air Crash at Dallas/Fort Worth Airport on
August 2, 1985

| Date | Pldg. | Pleading Description |
|------|------|---------------------|
| 86/04/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY B-52 -- Elmo Joshua, etc. v. Delta Air Lines, Inc., S.D. Florida, C.A. No. 86-6198-CIV-ROETTGER -- Notified involved clerk and jugdes (tmq) |
| 86/04/21 | 50 | RESPONSE (pldg.#46) -- Delta Air Lines Inc. -- w/cert of svc (tmq) |
| 86/04/30 | | CONDITIONAL TRANSFER ORDER FINAL TODAY B-54 -- Terry Dale Mayberry, etc. v. Delta Air Lines, Inc., et al., S.D. Texas, C.A. No. H-086-872 -- Notified involved judges and clerks. (tmq) |
| 86/05/06 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- (B-53) Christine G. Battisti, etc. v. Delta Air Lines, Inc., S.D. Fla., C.A. No. 86-8034-CIV-ROETTGER -- Notified involved judges, clerks and counsel (cds) |
| 86/05/07 | 51 | MOTION/BRIEF FOR REMAND (A-5) Robert Katz, et al. v. Delta Air Lines, et al., N.D. Texas, C.A. No. 4-85-875-K (S.D. Fla., C.A. No. 85-6638) -- pltfs. Robert Katz, et al. -- w/cert. of service (cds) |
| 86/05/08 | 52 | RESPONSE -- Delta Air Lines Inc., (to pldg.#51) -- w/cert. of svc. tmq |
| 86/05/13 | 53 | REPLY (to pldg. #~~52~~ 47) -- pltfs. Carol F. Larsen, et al. -- w/cert. of service (cds) |
| 86/05/15 | 54 | SUPPLEMENTAL RESPONSE W/ATTACHMENT (to pldg. #53) -- deft. Delta Air Lines, Inc. -- w/cert. of service (cds) |
| 86/05/15 | 55 | LETTER (re B-51 Larson) -- signed by W. James Kronzer, Esq. counsel for pltf. Larson -- w/service (cds) |
| 86/05/15 | | HEARING APPEARANCES -- (hearing 5/16/86) ALL WAIVED ORAL ARGUMENT |
| 86/05/19 | | ORDER FROM FIRST CIRCUIT -- attached to pldg. # 55 (cds) |
| 86/05/23 | | TRANSFER ORDER -- B-51 Carol F. Larsen, et al. v. Delta Air Lines, Inc., et al., S.D. Texas, C.A. No. H-86-747 (transferred to N.D. Texas) -- Notified involved counsel, judges and clerks (rh) |
| 86/05/28 | | SUGGESTION FOR REMAND -- B-49 Ageloff, et al. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. 4-86-204-K (S.D. Fla., C.A. No. 86-8035-CIV-TES) -- from Judge David O. Belew, Jr. - N.D. Texas (rh) |
| 86/05/28 | | REMAND ORDER -- B-49 Harold Ageloff, et al. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. 4-86-204-K (S.D. Fla., C.A. No. 86-8035-CIV-TES) (remanded to S.D. Florida) -- Notified involved counsel, judge and clerks (rh) |

JPML FORM 1A

B.10

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657-- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/06/17 | 56 | MOTION/BRIEF FOR REMAND -- (A-9) Andria Goodkin, et al. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. CA4-85-879-K (S.D. Florida, C.A. No. 85-6639) -- FILED BY PLTF. ANDRIA GOODKIN, ET AL. -- w/cert. of svc. (rh) |
| 86/06/17 | 57 | MOTION/BRIEF FOR REMAND -- (B-53) Christine G. Battisti, etc. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. CA4-86-204-K (S.D. Florida, C.A. No. 86-8034-CIV-ROETTER) -- FILED BY PLTF. CHRISTINE G. BATTISTI, ETC. -- w/cert. of svc. (rh) |
| 86/06/20 | | HEARING ORDER -- Setting motion of of plaintiff Robert Katz for remand of A-5. Notified involved counsel, clerks and judges. (tmq) |
| 86/06/20 | 58 | REPLY -- (to pldg. #52) Robert Katz, et al. -- w/cert. of svc. (rh) |
| 86/06/26 | | AMENDMENT TO HEARING ORDER FILED -- June 20, 1986 amending July 2% 1986 hearing to include motino to remand Goodkin (pldg.#56) and Battisti (pldg.#57) Notified involved counsel and judges. (tmq) |
| 86/07/01 | 59 | LETTER - from Judge David O. Belew, Jr. (dated 6/24/86) w/copy of proposed stipulation for plaintiffs/Delta Airlines and list of actions of plaintiffs who have accepted the stipulation -- Judge Belew recommends that the motions for remand to the transferor court of any plaintiff who accepts the stipulation should be granted.   (rew) |
| 86/07/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY C-57 -- Manuel A. Pyles, et al. v. Delta Air Lines, Inc., S.D. Ohio, C.A. No. C-1-86-0436 -- Notified involved liaison counsel and judges. (tmq) |
| 86/07/09 | 60 | RESPONSE TO PLDG. #51 -- LOCKHEED CORPORATION, ET AL. -- W/certificate of service.  (paa) |
| 86/07/16 | 61 | SUPPLEMENT TO MOTION (RE: PLDG. #51) -- Pltf. Robert Katz, et al. -- w/Brief & cert. of svc.  (paa) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- In re Air Crash at Dallas/Fort Worth Airport on August 2, 1985

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/07/22 | 62 | MOTION FOR REMAND -- Plaintiffs (A-7) John Reynolds, etc. -- w/Brief, Exhibits & Cert. of Svc. (paa) |
| 86/07/22 | 63 | MOTION FOR REMAND -- Plaintiffs (A-6) Homer LeVar, etc. -- W/Brief, Exhibits & Cert. of Svc. (paa) |
| 86/07/22 | 64 | MOTION FOR REMAND -- Plaintiffs (A-1) Esther Ledford, et al. -- W/Brief, Exhibits & Cert. of Svc. (paa) |
| 86/07/22 | | HEARING APPEARANCES: (hearing for July 24, 1986) JOSEPH J. SLAMA, ESQ. for Robert Katz, et al., JACK H. VITAL, III, ESQ. for Andria Goodkin, etc., JAMES L. TORRES, ESQ. for Christine G. Battisti, etc. JOHN H. MARTIN, ESQ. for Delta Air Lines, Inc. (rh) |
| 86/07/22 | | WAIVERS OR ORAL ARGUMENT -- (hearing for July 24, 1986) Rufus G. Lewis, Enterprise Aviation Co., Lockheed Corp., United States of America (rh) |
| 86/07/23 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-57 Manuel A. Pyles, et al. v. Delta Air Lines, Inc., S.D. Ohio, C.A. No. C-1-86-0436 -- NOTIFIED INVOLVED CLERKS & JUDGES. (paa) |
| 86/07/28 | | REMAND OF ESTHER LEDFORD, ET AL. -- (A-1) See Pldg. No. 59, Schedule A. Stipulation by pltf. and Pldg. No. 64 remand motion (rh) |
| 86/07/28 | | CONDITIONAL REMAND ORDER FILED TODAY -- A-1 Esther Ledford, et al. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. CA4-85-873-K (S.D. Florida, C.A. No. 85-6601-CIV-GONZALEZ) -- Notified involved counsel and judge (rh) |
| 86/07/31 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-58 James P. Flanagan, etc. v. Delta, S.D.Fla., #86-1416-CIV-KEHOE; C-59 James P. Flanagan, etc. v. Delta, S.D.Fla., #86-1417-HASTINGS; C-60 Claire Schwartz, etc. v. Delta, et al., W.D.Okla., #CIV-86-1386-E -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 86/08/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-61 Sarkis Mahserejian, etc. v. Delta Airlines, Inc., et al., S.D. Florida, C.A. No. 86-6561-CIV-ZLOCH -- Notified involved counsel and judges (rh) |

JPML FORM 1A

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___

| Date | No. | Pleading Description |
|------|-----|----------------------|
| 86/08/06 | | REMAND ORDER -- A-5 Robert Katz, et al. v. Lockheed Aircraft Corp. et al.,  N.D. Texas, C.A. No. 4-85-875-K (S.D. Florida, C.A. No. 85-6638); A-9 Andria Gookdin, etc. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. 4-85-879-K (S.D. Florida, C.A. No. 85-6639-Scott); B-53 Christine G. Battisti, etc. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. 4-86-384-K (S.D. Florida, C.A. No. 86-8034-Roettger) -- NOTIFIED INVOLVED COUNSEL, JUDGE & CLERKS.  (paa) |
| 86/08/06 | 65 | LETTER - from Judge David O. Belew, Jr., (7/30/86) with updated list of actions of plaintiffs who have accepted the stipulation (see entry #59). (tmq) |
| 86/08/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-62 Sharon W. Pugh, et al. v. Delta Air Lines, Inc., et al., N.D. Califonria, C.A. No. C86-2982-WWS -- Notified involved counsel and judges (rh) |
| 86/08/12 | | REMAND OF JOHN J. REYNOLDS, ETC. -- (A-7) See pldg. #65, stipulation list and pldg. #62 motion for remand (rh) |
| 86/08/12 | | CONDITIONAL REMAND ORDER FILED TODAY -- A-7 John J. Reynolds, etc. v. Delta Airlines, Inc., et al., N.D. Texas, C.A. No. CA4-85-877-K (S.D. Florida, C.A. No. 85-6667-CIV-PAINE) -- Notified involved counsel and judge |
| 86/08/13 | | CONDITIONAL REMAND ORDER FINAL TODAY A-1 -- Esther Ledford, et al. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. CA4-85-873-K (S.D. Florida, C.A. No. 85-6601-CIV-GONZALEZ) -- Notified involved clerk and judge. (tmq) |
| 86/08/18 | | HEARING ORDER -- Setting motion of Homer LeVar for remand, LeVar, etc. v. Delta Airlines, et al, N. Texas, 4-85-876-K (S. Fla., C.A. No. 85-6666)  -- On September 25, 1986 in Pittsburgh, Pa.,  (paa) |

JFML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 --   In re Air Crash at Dallas/Fort Worth Airport, 8/2/85

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/08/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY C-58 through C-60 -- Notified involved clerks and judges (tmq). |
| 86/08/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-61  Sarkis Mahserejian, etc. v. Delta Airlines, Inc., et al., S.D. Florida, C.A. No. 86-6561-CIV-ZLOCH -- Notified involved judges and clerks (rh) |
| 86/08/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY C-62 -- Sharon W. Pugh, et al. v. Delta Air Linies, Inc., et al., N.D. California, C.A. No. C86-2982-WWS  --  Notified involved judges and clerks. (tmq) |
| 86/08/28 | | CONDITIONAL REMAND ORDER FINAL TODAY A-7 -- John J. Reynolds, etc. v. Delta Airlines, Inc., et al., N.D. Texas, C.A. No. CA4-85-877-K (S.D. Florida, C.A. No. 85-6667-CIV-PAINE) -- Notified involved judges and clerks. (tmq) |
| 86/09/03 | | ORDER VACATING THE SEPTEMBER 25, 1986 HEARING -- A-6 Homer LeVar, etc. v. Delta Airlines, et al., N.D. Texas, C.A. No. 4-85-875-K (S.D. Florida, C.A. No. 85-6666) -- Notified involved counsel, judge and clerks (rh) |
| 86/09/04 | 66 | STIPULATION -- (A-6) filed by pltf. Homer Levar, etc. and Deft. Delta Airlines, Inc. (rh) |
| 86/09/04 | | CONDITIONAL REMAND ORDER FILED TODAY -- A-6 Homer LeVar, etc. v. Delta Airlines, et al., N.D. Texas, C.A. No. 4-85-876-K (S.D. Florida, C.A. No. 85-6666) -- Notified involved counsel and judge (rh) |
| 86/09/22 | | CONDITIONAL REMAND ORDER FINAL TODAY -- (A-6) Homer LeVar, etc. v. Delta Airlines, et al., N.D. Texas, C.A. No. 4-85-876-K (S.D. Florida, C.A. No. 85-6666) -- NOTIFIED INVOLVED JUDGE, CLERKS AND COUNSEL  (cds) |
| 86/09/24 | 67 | MOTION FOR REMANDED -- C-61 Sarkis Mahserejian, etc. v. Delta Airlines, Inc., et al. -- Notified involved counsel, judge and clerk. (tmq) |
| 86/09/29 | | STIPULATION -- (C-61) filed by Sarkis Mahserejian, etc. and Delta Air Lines -- SEE PLDG. #67 (rh) |
| 86/09/29 | | CONDITIONAL REMAND ORDER FILED TODAY -- C-61 Sarkis Mahserejian, etc. v. Delta Air Lines, Inc., et al., N.D. Texas, C.A. No. CA4-86-690-K (S.D. Florida, C.A. No. 86-6561-CIV-ZLOCH) -- Notified involved counsel and judge (rh) |

*p. 14.*

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- __In re Air Crash at Dallas/Fort Worth Airport , 8/2/85__

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/10/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-66 Juanita Williams, et al. v. Lockheed Aircraft Corp., Inc., et al., S.D. Florida, C.A. No. 86-6485-CIV-ZLOCH -- Notified involved counsel and judges (rh) |
| 86/10/02 | 68 | MOTION TO REMAND -- B-31 Robinson v. Delta Air Lines, Inc., N.D. Texas, C.A. No. 86-119. Motion filed by plaintiff w/memorandum, stipulation and cert. of svc. (tmq) |
| 86/10/08 | | STIPULATION -- (B-31) filed by Mara Robinson, et al. and Delta Air Lines, Inc. -- SEE PLDG. #68 (rh) |
| 86/10/08 | | CONDITIONAL REMAND ORDER FILED TODAY -- B-31 Mara Robinson, et al. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. CA4-86-119-K (S.D. Florida, C.A. No. 85-3340-ALH) -- Notified involved counsel and judge (rh) |
| 86/10/15 | | CONDITIONAL REMAND ORDER FINAL TODAY C-61 -- Sarkis Mahserejian, etc. v. Delta Air Lines, Inc., et al., N.D. Texas, C.A. No. CA4-86-690-K (S.D. Florida, C.A. No. 86-6561-CIV-ZLOCH) -- Notified clerk and judge. (tmq) |
| 86/10/17 | | CONDITIONAL TRANSFER ORDER FINAL TODAY C-66 -- Juanita Williams, et al. v. Lockheed Aircraft Corp., Inc., et al., S.D. Florida, C.A. No. 86-6485-CIV-ZLOCH -- Notified judges and clerks. (tmq) |
| 86/10/17 | | *FILED TODAY*<br>CONDITIONAL TRANSFER ORDER C-68 -- Wayman E. Hancock, et al. v. Delta Airlines, Inc., N.D. California, C.A. No. C-86-2887-RHS -- Notified involved judges and counsel (tmq) |
| 86/10/20 | 69 | LETTER -- J. Belew re: update on letter #59. (tmq) |
| 86/10/20 | | AMENDED CERT. OF SVC.(to pldg. #68) -- Leonard Wener. (tmq) |
| 86/10/27 | | CONDITIONAL REMAND ORDER FINAL TODAY B-31 -- Mara Robinson, et al. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. CA4-86-119-K (S.D. Florida, C.A. No. 85-3340-ALH) -- Notified invloved judge and clerk. (tmq) |
| 86/11/04 | | ~~ORDER LIFTING STAY OF~~ CONDITIONAL TRANSFER ORDER *FINAL TODAY* (C-68) Wayman E. Hancock, et al. v. Delta Airlines, Inc., N.D. Cal., C.A. No. C-86-2887-RHS -- Notified involved judges, clerks and counsel (cds) |

B-15

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/11/10 | 70 | MOTION FOR REMAND, BRIEF, EXHIBITS A-D (B-43) Sarah A. Miller, etc. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. 4-86-125K (S.D. Fla., #86-0001) -- Pltfs. Sarah Miller, et al. -- w/cert. of service  (cds) |
| 86/11/13 | 71 | MOTION, BRIEF FOR REMAND w/STIPULATION  Plaintiff Greene -- RE (A-8) Gilbert G. Greene v. Delta Air Lines, N.D. Tex., C.A. No. 4-85-878 -- cert. of svc. (rew) |
| 86/11/17 | | REQUEST FOR REMAND -- B-32 Patricia Ann Estridge, etc., B-37 Marie A. Davidson, etc., B-38 Roy S. Thompson and B-39 Madeline Monberg, etc. -- w/stipulations (rh) |
| 86/11/17 | | CONDITIONAL REMAND ORDERS FILED TODAY -- B-32 Patricia Ann Estridge, etc. v. Delta Airlines, Inc., N.D. Texas, C.A. No. 86-141-K (S.D. New York, C.A. No. 85-Civ-7975), B-37 Marie A. Davidson, etc. v. Delta Airlines, Inc., N.D. Texas, C.A. No. 4-86-104-K (S.D. Florida, C.A. No. 85-3520-Civ-SPELLMAN), B-38 Roy S. Thompson, etc. v. Delta Airlines, Inc., N.D. Texas, C.A. No. 4-86-120-K (S.D. Florida, C.A. No. 85-3507-Civ-ARONOVITZ) and B-39 Madeline Monberg, etc. v. Delta Airlines, Inc., N.D. Texas, C.A. No. 4-86-121-K (S.D. Florida, C.A. No. 85-3508-Civ-Scott) -- Notified involved counsel and judge (rh) |
| 86/11/18 | 72 | MOTION, BRIEF TO REMAND (B-51) Carol Larsen, et al. v. Delta Air Lines, Inc., N.D. Tex., #86-458 (S.D.Tex., H-86-747) -- pltfs. Carol F. Larson, et al. -- w/Exhibits A-D and cert. of service  (cds) |
| 86/11/18 | | STIPULATION -- A-8 Filed by Gilbert G. Greene and Delta Air Lines, Inc. -- SEE PLDG. #71 (rh) |
| 86/11/18 | | CONDITIONAL REMAND ORDER FILED TODAY -- A-8 Gilbert G. Greene v. Delta Air Lines, Inc., N.D. Texas, C.A. No. CA4-85-878-K (S.D. Florida, C.A. No. 85-6656-Civ-GONZALEZ)  -- Notified involved counsel and judge (rh) |
| 86/11/20 | 73 | LETTER -- J. Belew re: update on pldg. #59 (cds) |
| 86/12/01 | 74 | STIPULATIONS -- B-43 Filed by Sarah A. Miller and B-51 Filed by Carol F. Larsen with Delta Air Lines, filed in the Northern District of Texas. (tmq) |
| 86/12/01 | | CONDITIONAL REMAND ORDERS FILED TODAY -- B-43 Sarah A. Miller v. Delta Air Lines, Northern District of Texas,  C.A. No. 4-86-458K and B-51 Carol F. Larsen v. Delta Air Lines, Northern District of Texas, C.A. No. 4-86-125K. (tmq) |

JPML FORM 1A

Q.16

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657

| | | Pleading Description |
|---|---|---|
| 86/12/03 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- B-32 Patricia Ann Estridge, etc. v. Delta Airlines, Inc., N.D. Texas, C.A. No. 86-141-K (S.D. New York, C.A. No. 85-Civ-7975), B-37 Marie A. Davidson, etc. v. Delta Airlines, Inc., N.D. Texas, C.A. No. 4-86-104-K (S.D. Florida, C.A. No. 85-3520-Civ-SPELLMAN), B-38 Roy S. Thompson, etc. v. Delta Airlines, Inc., N.D. Texas, C.A. No. 4-86-120-K (S.D. Florida, C.A. No. 85-3507-Civ-ARONOVITZ) and B-39 Madeline Monberg, etc. v. Delta Airlines, Inc., N.D. Texas, C.A. No. 4-86-121-K (S.D. Florida, C.A. No. 85-3508-Civ-Scott) -- Notified involved judge and clerks (rh) |
| 86/12/04 | | CONDITIONAL REMAND ORDER FINAL TODAY -- A-8 Gilbert G. Greene v. Delta Air Lines, Inc., N.D. Texas, C.A. No. CA4-85-878-K (S.D. Florida, C.A. No. 85-6656-Civ-GONZALEZ) -- Notified involved judge and clerks (rh) |
| 86/12/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY C-69 -- Steven Takus, etc. v. Delta Airlines, Inc., et al., W.D. Texas, C.A. No. SA-86-C-1510 -- Notified involved counsel and judges. (tmq) |
| 86/12/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY C-72 -- Elizabeth Marsh v. Delta Airlines, Inc., S.D. Florida, C.A. No. 86-6859-Civ-SMA.  Notified involved counsel and judges. (tmq) |
| 86/12/17 | | CONDITIONAL REMAND ORDER FINAL TODAY -- B-43 Sarah A. Miller, etc. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. 4-86-125K (S.D. Florida, C.A. No. 86-0001); B-51 Carol F. Larsen et al. v. Delta Air Lines, Inc., N.D. Texas, C.A. NO. 4-86-458-K (S.D. Texas, C.A. No. H-86-747).  Notified involved judge and clerks. (tmq) |
| 86/12/23 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-69  Steven Takus, etc. v. Delta Airlines, Inc., et al., W.D. Texas, C.A. No. SA-86-CA-1510 -- Notified involved judges and clerks (rh) |
| 86/12/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-73  Rebecca S. Moore, et al. v. Delta Air Lines, Inc., C.D. California, C.A. No. CV-86-4966-IH; C-74 Robert D. Shearer, et al. v. Delta Air Lines, Inc., S.D. Florida, C.A. No. 86-6750-Civ-Marcus -- Notified involved judges and counsel. (tmq) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- In re Air Crash at Dallas/Fort Worth Airport on August 2, 1985

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/01/05 | 75 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- C-72 Elizabeth Marsh v. Delta Airlines, Inc., S.D. Florida, C.A. No. 86-6859-Civ-SMA -- NOTIFIED INVOLVED COUNSEL & JUDGES. (paa) |
| 87/01/07 | 76 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- C-73 Rebecca S. Moore, et al. v. Delta Airlines, Inc., C.D. California, C.A. No. CV-86-4966-IH -- NOTIFIED INVOLVED COUNSEL & JUDGES. (paa) |
| 87/01/07 | 77 | LETTER -- signed by Ward Wagner, Jr., Esq., counsel for for pltf. Shearer -- w/copy of Stipulation for Dismissal from S.D. Florida (cds) |
| 87/01/07 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-74 Robert D. Shearer, et al. v. Delta Air Lines, Inc., S.D. Florida, C.A. No. 86-6750-CIV-Marcus -- NOTIFIED INVOLVED JUDGES & COUNSEL. (cds) |
| 87/01/12 | 78 | LETTER -- Judge Belew (dated 1/5/87) to update pleadings numbers 59 & 73 -- (paa) |
| 87/01/13 | 79 | LETTER -- signed by Edward R. Curtis, Esq., counsel for pltf. Elizabeth Marsh -- w/copy of Stipulation (cds) |
| 87/01/13 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (C-72) Elizabeth Marsh v. Delta Airlines, Inc., S.D. Florida, C.A. 86-6859-Civ-SMA -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 87/01/20 | 80 | JOINT MOTION & BRIEF WITH STIPULATION -- Plaintiff Rebecca Moore and Defendant Delta Air Lines -- To vacate CTO -- W/cert. of Svc. (paa) |
| 87/01/29 | 81 | RESPONSE TO PLDG. #80 -- Filed by Windle Turley, lead liaison counsel for plaintiffs -- W/Cert. of Svc. (paa) |
| 87/02/03 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-73 Rebecca S. Moore, et al. v. Delta Air Lines, Inc., C.D. California, C.A. No. CV-86-4966-IH -- Notified invovled counsel, judges and clerk (rh) |
| 87/03/06 | 82 | LETTER -- J. Belew re: update on pldg. #59 (cds) |
| 87/03/06 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-77 Sara Lawrence, et al. v. Delta Air Lines, Inc., S.D. Florida, C.A. No. 87-0218-CIV-ARONOVITZ -- Notified involved counsel and judges (rh) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

657     In re Air Crash at Dallas/Fort Worth Airport on August 2, 1985

| | | |
|---|---|---|
| 87/03/10 | 83 | LETTER (re:  pldg. #82) -- Judge Belew -- paa. |
| 87/03/10 | | CONDITIONAL TRANSFER ORDER WITH SIMULTANEOUS PARTIAL REMAND -- A-1 Ledford; A-6 LeVar; A-5 Katz; A-9 Goodkin; A-7 Reynolds; A-8 Greene; B-31 Robinson; B-53 Battisti; B-49 Ageloff; B-37 Davidson; B-38 Thompson; B-39 Monberg; B-43 Miller; C-61 Mahserejian; B-52 Larson & B-31 Estridge -- NOTIFIED INVOLVED COUNSEL -- (paa) |
| 87/03/24 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-77) Sara Lawrence, et al. v. Delta Airlines, Inc., S.D. Fla., #87-0218-CIV-ARONOVITZ -- notified involved judges and clerks (cds) |
| 87/03/26 | | CONDITIONAL TRANSFER ORDER WITH SIMULTANEOUS PARTIAL REMAND FINAL TODAY -- A-1 Ledford; A-6 LeVar; A-5 Katz; A-9 Goodkin; A-7 Reynolds; A-8 Greene; B-31 Robinson; B-53 Battisti; B-49 Ageloff; B-37 Davidson; B-38 Thompson; B-39 Monberg; B-43 Miller; C-61 Mahserejian; B-52 Larson & B-31 Estridge -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |
| 87/04/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-82 Gary Johnson, etc. v. United States of America, S.D. Florida, C.A. No. 87-6124-CIV-ARONOVITZ -- Notified involved counsel and judges. (tmq) |
| 87/04/20 | 84 | LETTER --  re: update on pldg. #59 --  signed by Judge Belew -- dated April 17, 1987 (rh) |
| 87/04/30 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-82 Gary Johnson, etc. v. United States of America, S.D. Florida, C.A. No. 87-6124-CIV-ARONOVITZ -- Notified involved judges and clerks (rh) |
| 87/05/13 | 85 | MOTION FOR REMAND, BRIEF, EXHIBITS A-C -- B-41 Plaintiff Michael L. Muchnick v. Delta Air Lines, Inc., et al., S.D. Florida, C.A. No. CA4-86-123-K -- W/cert. of Svc.  (paa) |
| 87/05/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-83 Anthony Peter Phillips, et al. v. Delta Air Lines, Inc., S.D. Florida, C.A. No. 87-6246-PAINE -- Notified involved counsel and judges. (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- In re Air Crash at Dallas/Fort Woth Airpon on August 2, 1985

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/05/20 | 86 | LETTER -- filed by pltf. in B-41 Michael Muchnick, etc. v. Delta Air Lines, Inc., et al., N.D. Texas, C.A. No. CA4-86-123-K (S.D. Florida, C.A. No. 85-6929) (Re:  That no third-party complaint is filed in this action) (rh) |
| 87/05/20 | 87 | STIPULATION -- (B-41) Filed by Michael Muchnick, etc. and Delta Air Lines, Inc. (rh) |
| 87/05/20 | | CONDITIONAL REMAND ORDER FILED TODAY -- B-41 Michael Muchnick, etc. v. Delta Air Lines, Inc., et al., N.D. Texas, C.A. No. CA4-86-123-K (S.D. Florida, C.a. No. 85-6929-CIV-ZLOCH) -- Notified involved counsel and judge (rh) |
| 87/05/29 | | CONDITIONAL TRANFER ORDERS FILED TODAY -- C-84 Anthony DeLillo, et al. v. Delta Air Lines, Inc., S.D. Florida, C.A. No. 87-607-CIV-KEHOE; C-85 Susan Perdaris, et al. v. Delta Air Lines, Inc., D. Kansas, C.A. No. 87-2169-S and C-86 Susan Perdaris, etc. v. Delta Air Lines, Inc., D. Kansas, C.A. No. 87-2170-O -- Notified involved counsel and judges (rh) |
| 87/06/02 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-83 Anthony Peter Phillips, et al. v. Delta Air Lines, Inc., S.D. Florida, C.A. No. 87-6246-Civ-Paine -- Notified involved clerks and judges. (tmq) |
| 87/06/04 | 88 | LETTER -- re: update pldg. #59 list of actions in which stipulations are filed -- Signed by Judge Belew May 26, 1987. (tmq) |
| 87/06/08 | | CONDITIONAL REMAND ORDER FINAL TODAY -- B-41 Michael Muchnick, etc. v. Delta Air Lines, Inc., et al., N.D. Texas, C.A. NO. CA4-86-123-K (S.D. Florida, C.A. No. 85-6929-CIV-ZLOCH) -- Notified involved clerks and judges. (tmq) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.   657   In re Air Crash at Dallas/Fort Worth Airport on 8/2/85

| | | |
|---|---|---|
| 87/06/15 | | CONDITIONAL TRNASFER ORDER FILED TODAY -- C-90 Michael Muchnick, et al. v. Delta Air Lines, Inc., et al., S.D. Florida, C.A. No. 87-6069-CIV-ZLOCH -- Notified involved counsel and judges (rh) |
| 87/06/16 | | CONDITIONAL TRANFER ORDERS FINAL TODAY -- C-84 Anthony DeLillo, et al. v. Delta Air Lines, Inc., S.D. Florida, C.A. No. 87-607-CIV-KEHOE; C-85 Susan Perdaris, et al. v. Delta Air Lines, Inc., D. Kansas, C.A. No. 87-2169-S and C-86 Susan Perdaris, etc. v. Delta Air Lines, Inc., D. Kansas, C.A. No. 87-2170-O -- Notified involved clerks and judges (rh) |
| 87/07/01 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-90 Michael Muchnick, et al. v. Delta Air Lines, Inc., et al., S.D. Florida, #87-6069-CIV-ZLOCH -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |
| 87/07/07 | 89 | LETTER -- re: update pldg. #59 list of actions in which stipulations are filed -- signed by Judge Belew on June 25, 1987 (cds) |
| 87/07/22 | 90 | MOTION TO REMAND, W/BRIEF AND STIPULATION -- pltfs. in (C-60) Claire Schwartz, et al. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. 86-683 (W.D. Oklahoma, #CIV-86-1386-E) -- w/cert. of service  (cds) |
| 87/08/04 | 91 | COPY OF STIPULATION FILED IN N.D. TEXAS (re C-60 Schwartz) -- w/letter indicating third party complaint is pending against Federal Aviation Administration  (cds) |
| 87/08/04 | | CONDITIONAL PARTIAL REMAND ORDER -- C-60 Claire Schwartz, et al. v. Delta Air Lines, Inc., et al., N.D. Texas, C.A. No. CA4-86-683-K (W.D. Oklahoma, C.A. No. CIV-86-1386-E) -- Notified involved judge and counsel  (cds) |
| 87/08/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-91 Wendell Allen Robinson v. The United States of America, S.D. Florida, C.A. No. 87-1166 CIV-RYSKAMP -- Notified invovled counsel and judges. (tmq) |
| 87/08/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-92 Dennis W. Zarnt, et al. v. Delta Airlines, Inc., S.D. Florida, C.A. No. 87-8507-CIV-PAINE -- Notified involved judges and counsel. (paa) |

JPML FORM 1A                                                    p. 21

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  657 --   In re Air Crash at Dallas/Fort Worth Airport on August 2, 1985

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/08/20 | | CONDITIONAL PARTIAL REMAND ORDER FINAL TODAY -- C-60 Claire Schwartz, et al. v. Delta Air Lines, Inc., et al., N.D. Texas, C.A. No. CA4-86-683-K (W.D. Oklahoma, C.A. No. CIV-86-1386-E) -- Notified involved judges and clerks (rh) |
| 87/08/24 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- Marvin Almas, et al. v. Delta Air Lines, Inc., N.D. Georgia, C.A. No. C87-1671A; John K. Moore v. Delta Air Lines, Inc., et al. S.D. Florida, C.A. No. 87-6555-CIV-GONZALEZ -- Notified involved judges and counsel. (tmq) |
| 87/08/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-91) Wendy Allen Robinson v. U.S.A., S.D. Fla., C.A. No. 87-1166-CIV-RYSKAMP -- Notified involved clerks and judges  (cds) |
| 87/09/01 | | APPEARANCE:  MILLER & MARTIN for  John K. Moore in C-94 (rh) |
| 87/09/02 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-95 Anita Garcia, et al. v. Delta Airlines, Inc., S.D. Florida, C.A. No. 87-6602-CIV-NCR -- Notified involved counsel and judges (rh) |
| 87/09/03 | 92 | NOTICE OF OPPOSITION TO CTO -- Filed by plts. Dennis W. Zarnt, et al. v. Delta Airlines, Inc., S.D. Florida, C.A. No. 87-8507-CIV-PAINE -- NOTIFIED INVOLVED COUNSEL AND JUDGES. (paa) |
| 87/09/09 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-93 Marvin Almas, et al. v. Delta Air Lines, Inc., N.D. Georgia, C.A. No. C-87-1617A and C-94 John K. Moore v. Delta Air Lines, Inc., et al., S.D. Florida, C.A. No. 87-6555-CIV-GONZALEZ -- Notified involved judges and clerks.  (paa) |
| 87/09/15 | 93 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Plaintiffs in C-92 Dennis W. Zarnt, et al. v. Delta Airlines, Inc., S.D. Florida, C.A. No. 87-8507-CIV-PAINE -- W/Exhibit A and certificate of service -- (paa) |
| 87/09/29 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-95  Anita Garcia, et al. v. Delta Airlines, Inc., S.D. Florida, C.A. No. 87-6602-CIV-NCR -- Notified involved judges and clerks. (paa) |
| 87/10/13 | | HEARING ORDER -- setting opposition to transfer of C-92 Dennis M. Zarnt, et al. v. Delta Airlines, Inc., S.D. Fla., #87-8507-Civ-Paine for Panel hearing in Dallas, Texas on November 18, 1987  (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/09/30 | 94 | LETTER -- Dated 9/25/87 -- re: update pldg. #59 list of actions in which stipulations are filed -- signed by Judge Belew on June 25, 1987 -- (paa) |
| 87/10/13 | | HEARING ORDER -- setting motion to transfer for Panel hearing in Dallas, Texas on November 18, 1987 (cds) |
| 87/10/15 | | CORRECTION ORDER -- Correcting Hearing Orer to reflect correct date of Nov. 18, 1987, Dallas, Texas. (rew) |
| 87/10/15 | 95 | LETTER -- signed by Robert M. Montgomery, Esq., counsel for pltfs. Dennis W. Zarnt, et al., etc. -- W/copy of stipulation. (paa) |
| 87/10/15 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-92 Dennis W. Zarnt, et al., etc. v. Delta Airlines, Inc., S.D. Florida, C.A. No. 87-8507-CIV-PAINE -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL -- (paa) |
| 87/10/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-96 Vicki Chavis, et al. v. United States of America, S.D. Florida, C.A. No. 87-1335-CIV-DAVIS -- Notified involved counsel and judges (rh) |
| 87/10/27 | 96 | NOTICE OF OPPOSITION -- Filed by plaintiffs Vicki Chavis and L. Dean Chavis in C-96 Vicki Chavis, et al. v. United States of America, S.D. Florida, C.A. No. 87-1335-Civ-Davis -- w/cert. of svc. (tmq) |
| 87/11/09 | 97 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-96 Vicki Chavis, et al. v. United States of America, S.D. Florida, C.A No. 87-1335-CIV-DAVIS -- w/cert. of svc. (rh) |

JPML FORM 1A · p. 23

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- In re Air Crash at Dallas/Fort Worth Airport on August 2, 1985

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/11/25 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- **C-97** Jenny **Amatulli**, et al. v. Lockheed Aircraft Corp., a/k/a Lockhed Corp., S.D. Florida, C.A. No. 87-1325-CIV-MARCUS and **C-98** John T. **Morrison**, etc. v. Delta Airlines, Inc., S.D. Florida, C.A. No. **87-6202-CIV-ROETTGER** -- NOTIFIED INVOLVED JUDGES AND COUNSEL.  (paa) |
| 87/12/01 | 98 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-98 John T. Morrison, etc. v. Delta Airlines, Inc., S.D. Florida, C.A. No. 87-6202-CIV-ROETTGER -- Notified involved counsel and judges (rh) |
| 87/12/07 | 99 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-97 Jenny Amatulli, et al. v. Lockheed Aircraft Corp., a/k/a Lockheed Corp., et al., S.D. Florida, C.A. No. 87-1325-CIV-MARCUS -- Notified invovled counsel and judges (rh) |
| 87/12/07 | 100 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by deft. in C-97 Jenny Amatulli, et al. v. Lockheed Aircraft Corp., a/k/a Lockheed Corp., et al., S.D. Florida, C.A. No. 87-1325-CIV-MARCUS -- Notified invovled counsel and judges (rh) |
| 87/12/14 | | HEARING ORDER -- Setting motion to transfer C-96 and C-98 for Panel hearing in Ft. Lauderdale, Florida, on January 28, 1988. (tmq) |
| 87/12/15 | 101 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-97 Jenny Amatulli, et al. v. Lockheed Aircraft Corp., a/k/a Lockheed Corp., et al., S.D. Florida, C.A. No. 87-1325-CIV-MARCUS -- w/ and cert. of svc. (rh) |

JPML FORM 1A

B-24

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/12/21 | 102 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by Deft. Lockheed Aircraft Corp., a/k/a Lockheed Corp. -- C-97 Jenny Amatulli, et al. v. Lockheed Aircraft Corp., a/k/a/ Lockheed Corp., et al. S.D. Florida, C.A. No. 87-1325-CIV-MARCUS -- w/cert. of svc. (rh) |
| 88/01/12 | 103 | LETTER -- Dated Jan. 5, 1988 -- re:  update pldg. #59 list of actions in which stipulations are filed -- signed by Judge Belew (cds) |
| 88/01/12 | 104 | ORDER OF DISMISSAL (S.D. Fla.) -- re C-98 John T. Morrison v. Delta Airlines, Inc., S.D. Fla., C.A. No. 87-6202-Civ-ROETTGER -- signed by Judge Roettger and dated Dec. 21, 1987  (cds) |
| 88/01/12 | | ORDER VACATING CONDITIONAL TRANSFER ORDER AND JAN. 28, 1988 HEARING -- RE C-98 John T. Morrison v. Delta Airlines, Inc., S.D. Fla., C.A. No. 87-6202-Civ-ROETTGER -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 88/01/26 | | HEARING APPEARANCES FOR JAN. 28, 1988 -- AARON S. PODHURST, ESQ. for Vicki Chavis, et al. (cds) |
| 88/01/26 | | WAIVERS OF ORAL ARGUMENT:  Delta Air Lines, Inc.; United States of America  (cds) |
| 88/02/03 | | TRANSFER ORDER -- Transfering C-96 Vicki Chavis, et al. v. United States of America, S.D. Florida, C.A. No. 87-1335-CIV-DAVIS to the N.D. Texas -- Notified involved judges, clerks and counsel  (paa) |
| 88/02/10 | | HEARING ORDER -- Setting oppositions of pltf. Amatulli, et al. and deft. Lockheed Aircraft Corp., a/k/a Lockheed Corp. in  C-97 for Panel Hearing in San Francisco, California on March 25, 1988 (rh) |
| 88/02/10 | 105 | LETTER -- Dated Feb. 4, 1988 -- re: pldg. #59 updating list of cases in which stipulations were filed -- Filed by J. Belew. (tmq) |
| 88/02/22 | 106 | MOTION TO REMAND -- plaintiff in C-91 Wendy Allen Robinson v. The United States of America, N.D. Texas, C.A. No. 487-719K (S.D. Fla., #87-1166-CIV-RYSKAMP -- w/Letter stating no third-party claims are involved, Exhibits A and B and cert. of service  (cds) |



JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.   657-- In re Air crahs at Dallas/Fort Worth Airport on
August 2, 1985

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/02/23 | 107 | SUPPLEMENTAL INFORMATION (re pldg. #101) -- pltf. Jenny Amatulli, et al. -- w/cert. of service  (cds) |
| 88/02/29 | 108 | SUGGESTION FOR REMAND IN 20 ACTIONS -- Signed by Judge David O. Belew, Jr. in N.D. Texas (order filed on 1/13/88) (rh) |
| 88/02/29 | | CONDITIONAL PARTIAL REMAND ORDER FILED TODAY IN 20 ACTIONS -- (SEE LIST BELOW) -- Notified involved counsel and judge (rh) |

(A-4) Annie Edwards v. Delta Air Lines, Inc., (S.D. Fla.
C.A. No. 85-6625-Civ-SMA), C.A. No. CA-4-85-874-K

(A-12) Christopher John Meir, et al. v. Delta Air Lines,
Inc., et al., (S.D. Tex. C.A. No. H-85-4996), C.A. No.
CA-4-85-892-K

(A-14) Thomas Kenneth Jurkowski, et al.  v. Delta Air Lines,
Inc., (S.D. Fla. C.A. No. 85-6713-Civ-GONZALEZ), C.A. No.
CA-4-85-881-K

(A-18) William B. Baner, etc. v. Delta Air Lines, Inc.,
(S.D. Fla. C.A. No. 85-3219-Civ-SCOTT), C.A. No.
CA-4-85-885-K

(A-19) William B. Banner, etc. v. Delta Air Lines, Inc.,
(S.D. Fla. C.A. No. 85-3220-Civ-KEHOE), C.A. No.
CA-4-85-886-K

(B-34) Brian Sulmonetti, etc. v. Delta Air Lines, Inc.,
(S.D. Tex. C.A. No. H-85-6262), C.A. No. CA-4-86-101-K

(B-35) Donna Bernstein, et al. v. Delta Air Lines, Inc.,
(S.D. Fla. C.A. No. 85-6552-Civ-GONZALEZ), C.A. No.
CA-4-86-102-K

(B-36) Letty J. Manne, et al. v. Delta Air Lines, Inc.,
(S.D. Fla. C.A. No. 85-3549-Civ-DAVIS), C.A. No.
CA-4-86-103-K

(B-42) Gerald Goldman, et al. v. Delta Air Lines, Inc.,
(S.D. Fla. C.A. No. 85-6934-Civ-DAVIS), C.A. No.
CA-4-86-124

(B-52) Elmo Joshua, etc. v. Delta Air Lines, Inc., (S.D.
Fla. C.A. No. 86-6198-Civ-ROETTGER), C.A. No.
CA-4-86-330-K

(B-54) Terry Dale Mayberry, etc. v. Delta Air Lines, Inc.,
(S.D. Tex. C.A. No. H-86-872), C.A. No. CA-4-86-348-K

(C-57) Manuel A. Pyles, et al. v. Delta Air Lines, Inc.,
(S.D. Ohio C.A. No. C-1-86-436), C.A. No. CA-4-86-516

(C-58) James P. Flanagan, etc. v. Delta Air Lines, Inc.,
(S.D. Fla. C.A. No. 86-1416-Civ-KEHOE), C.A. No.
CA-4-86-681

Case MDL No. 657   Document 118   Filed 06/11/15   Page 26 of 50

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- IN RE AIR CRASH AT DALLAS/FORT WORTH AIRPORT ON AUGUST 2, 1985

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/03/03 | 109 | SUGGESTION FOR REMAND --C-91 Wendy Allen Robinson v. The United States of America, N.D. Texas, C.A. No. CA-4-87-719, (S.D. Florida, C.A. No. 87-1166-Civ-RYSKAMP) -- From Judge David O. Belew, Jr., N.D. Texas  (paa) |
| 88/03/03 |  | CONDITIONAL REMAND ORDER FILED TODAY -- C-91 Wendy Allen Robinson v. The United States of America, N.D. Texas, C.A. No. CA-4-87-719, (S.D. Florida, C.A. No. 87-1166-Civ-RYSKAMP) -- Notified involved judge and counsel  (paa) |
| 88/03/14 | 110 | NOTICE OF OPPOSIITON TO (20) CONDITIONAL PARTIAL REMAND ORDERS (LISTED BELOW) -- deft. Delta Air Lines, Inc. -- w/Brief in support, Exhibits and cert. of service  (cds) |

<div style="margin-left:2em">

(A-4) Annie Edwards v. Delta Air Lines, Inc., (S.D. Fla. C.A. No. 85-6625-Civ-SMA), C.A. No. CA-4-85-874-K

(A-12) Christopher John Meir, et al. v. Delta Air Lines, Inc., et al., (S.D. Tex. C.A. No. H-85-4996), C.A. No. CA-4-85-892-K

(A-14) Thomas Kenneth Jurkowski, et al. v. Delta Air Lines, Inc., (S.D. Fla. C.A. No. 85-6713-Civ-GONZALEZ), C.A. No. CA-4-85-881-K

(A-18) William B. Baner, etc. v. Delta Air Lines, Inc., (S.D. Fla. C.A. No. 85-3219-Civ-SCOTT), C.A. No. CA-4-885-K

(A-19) William B. Banner, etc. v. Delta Air Lines, Inc., (S.D. Fla. C.A. No. 85-3220-Civ-KEHOE), C.A. No. CA-4-886-K

(B-34) Brian Sulmonetti, etc. v. Delta Air Lines, Inc., (S.D. Tex. C.A. No. H-85-6262), C.A. No. CA-4-86-101-K

(B-35) Donna Bernstein, et al. v. Delta Air Lines, Inc., (S.D. Fla. C.A. No. 85-6852-Civ-GONZALEZ), C.A. No. CA-4-86-102-K

(C-59) James P. Flanagan, etc. v. Delta Air Lines, Inc., (S.D. Fla. C.A. No. 86-1417-Civ-HASTINGS), C.A. No. CA-4-86-682

(C-84) Anthony De Lillo, et al. v. Delta Air Lines, Inc., (S.D. Fla. C.A. No. 87-607-Civ-KEHOE), C.A. No. CA-4-87-400-K

(C-85) Susan Perdaris, et al. v. Delta Air Lines, Inc., (D. Kan. C.A. No. 87-2169-S), C.A. No. CA-4-87-401-K

(C-86) Susan Perdaris, et al. v. Delta Air Lines, Inc., (D. Kan. C.A. No. 87-2170-O), C.A. No. CA-4-87-402-K

(C-90) Michael Muchnick, et al. v. Delta Air Lines, Inc., (S.D. Fla. C.A. No. 87-6069-Civ-ZLOCH), C.A. No. CA-4-87-439-K

(C-94) John K. Moore v. Delta Air Lines, Inc., et al., (S.D. Fla. C.A. No. 87-6555-Civ-JAG), C.A. No. CA-4-87-655-K

(C-95) Anita Garcia, et al. v. Delta Air Lines, Inc., (S.D. Fla. C.A. No. 87-6602-Civ-NCR), C.A. No. CA-4-87-709-K

</div>

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- IN RE AIR CRASH AT DALLAS/FORT WORTH AIRPORT ON AUGUST 2, 1985

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/03/18 | 111 | NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER -- Filed by Kathleen E. Connors -- C-91 Wendy Allen Robinson v. The United States of America, N.D. Texas, C.A. No. CA-4-87-719 (S.D. Florida, C.A. No. 87-1166-Civ-RYSKAMP) -- Notified involved counsel and judge -- w/**Brief** in support  (rh) |
| 88/03/25 | | HEARING APPEARANCES:  (For Hearing on 3/25/88 in San Francisco, California)  Aaron S. Podhurst, Esquire, for Jenny Amatulli, et al. |
| 88/03/25 | | WAIVERS OF ORAL ARGUMENT:  (For Hearing on 3/25/88 in San Francisco, California)  United States of America, Lockeed Corporation and Delta Air Lines, Inc.  (paa) |
| 88/03/25 | 112 | NOTICE OF FILING, JOINT RESPONSE (to pldg. #110), EXHIBITS A & B, MOTION FOR EXPEDITED RULING & HEARING -- pltfs. Donna Bernstein, et al. and Brian K. Sulmonetti, et al. -- w/cert. of service  (cds) |
| 88/03/29 | 113 | MOTION, BRIEF TO VACATE CONDITIONAL PARTIAL REMAND ORDER (regarding 19 actions listed w/pldg. #110, excludes C-95 Garcia) -- deft. Delta Air Lines, Inc. -- w/Exhibit and cert. of service  (cds) |
| 88/04/04 | 114 | MOTION/BRIEF TO VACATE CONDITIONAL REMAND ORDER -- Filed by Kathleen E. Connors -- C-91 Wendy Allen Robinson v. The United States of America, N.D. Texas, C.A. No. CA-4-87-719 (S.D. Florida, C.A. No. 87-1166-Civ-RKSKAMP) -- w/cert. of svc. (rh) |
| 88/04/05 | 115 | JOINDER (to pldg. #112) IN RESPONSE (to pldg. #110) -- Filed by Cynthia Dahl and Elmo Joshua -- w/cert. of svc. (rh) |
| 88/04/12 | 116 | RESPONSE -- (to pldg. #113) Filed by pltfs. William B. Baner, etc.; Letty J. Manne, et al.; Gerald Goldman, et al.; James P. Flanagan, etc. and John K. Moore -- w/cert. of svc. (rh) |
| 88/04/12 | 117 | RESPONSE -- (to pldg. #113) Donna Bernstein, et al. and Brian K. Sulmonetti -- w/cert. of svc. (rh) |

JPML FORM 1A

B.28

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- In re Air Crash at Dallas/Fort Worth Airport on August 2, 1985

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/04/14 | | HEARING ORDER -- Setting opposition to Remand of 20 Actions for Panel Hearing on May 19, 1988 in Chicago, Illinois (rh) |
| 88/04/15 | 118 | RESPONSE/MEMORANDUM -- (to pldg. #114) Wendy Allen Robinson -- w/cert. of svc. (rh) |
| 88/04/19 | 119 | STIPULATION FILED IN N.D. TEXAS -- re C-95 Anita Garcia, et al. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. CA-4-87-709K (S.D. Florida, #87-6601-CIV-NCR) (cds) |
| 88/04/19 | | ORDER LIFTING STAY OF CONDITIONAL PARTIAL REMAND ORDER -- C-95 Anita Garcia, et al. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. CA-4-87-709K (S.D. Florida, #87-6601-CIV-NCR) -- notified involved judges, clerks and counsel (cds) |
| 88/04/19 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-97 Jenny Amatulli, et al. v. Lockheed Aircraft Corp., a/k/a Lockheed Corp., et al., S.D. Florida, C.A. No. 87-1325-CIV-MARCUS -- notified involved judges, clerk and counsel (cds) |
| 88/04/25 | 120 | RESPONSE -- (to pldg. #113) Anthony Delillo, et al -- w/cert. of svc. (rh) |
| 88/05/05 | 121 | RESPONSE (to pldg. #113) -- pltfs. Susan Perdaris, et al. -- w/cert. of service (cds) |
| 88/05/09 | 122 | NOTIFICATION OF SETTLED CASES -- Delta Air Lines, Inc. -- w/Exhibit and cover letter attached, and cert. of service (cds) |
| 88/05/12 | 123 | LETTER W/COPY OF STIPULATION OF DISMISSAL FILED IN N.D. TEXAS -- re B-54 Terri Dale Mayberry, et al. v. Delta Air Lines, Inc., N.D. Texas, C.A. No. 4-86-348-K, (S.D. Tex., #H-86-872) -- letter signed by John Howie, counsel for plaintiff (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/05/18 | | HEARING APPEARANCES:  (hearing of 5/19/88) FRANK FINN, ESQ. for Kathleen E. Connors (Estate of Edward M. Connors); CRAIG HAYNES, ESQ. for Delta Air Lines, Inc.; WILLIAM P. SURIANO, ESQ. for Brian K. Sulmonetti, Vito Valecce and Elizabeth Valecce; J. STEPHEN WALKER, ESQ. for Donna Bernstein, et al.; ROBERT L. PARKS, ESQ. for William B. Baner, Letty J. Manne, Gerold Goldman, James P. Flanagan and John K. Moore; RICHARD E. BROWN, ESQ. for Elmo Joshua; LYNN R. JOHNSON, ESQ. for Susan Perdaris, et al.; BARBARA A. CURTIS, ESQ. for Wendy Allen Robinson  (ds) |
| 88/05/18 | | WAIVERS OF ORAL ARGUMENT -- (hearing of 5/19/88) United States of America; Lockheed Corp.; Anthony DeLillo & Veglia DeLillo and Michael Muchnick, et al.  (ds) |
| 88/06/02 | | REMAND ORDER -- remanding the following action (C-91) Wendy Allen Robinson v. The United States of America, (S.D. Fla. C.A. No. 87-6069-Civ-ZLOCH), N.D. Texas, C.A. No. CA-4-87-719K and remanding the third-party claims in following eighteen actions (A-4) Annie Edwards; (A-12) Christopher John Meir, et al.; (A-14) Thomas Kenneth Jurkowski, et al.; (A-18) William B. Baner, etc.; (A-19) William B. Baner, etc.; (B-34) Brian Sulmonetti, etc.; (B-35) Donna Bernstein, et al.; (B-36) Letty J. Manne, et al.; (B-42) Gerald Goldman, et al.; (B-52) Elmo Joshua, etc.; (C-57) Manuel A. Pyles, et al.; (C-58) James P. Flanagan, etc.; (C-59) James P. Flanagan, etc.; (C-84) Anthony De Lillo, et al.; (C-85) Susan Perdaris, et al.; (C-86) Susan Perdaris, et al.; (C-90) Michael Muchnick, et al.; (C-94) John K. Moore -- Notified involved judge, clerks and counsel (cds) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 657 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH AT DALLAS/FORT WORTH AIRPORT ON AUGUST 2, 1985

| SUMMARY OF LITIGATION | | | | | | |
|---|---|---|---|---|---|---|
| Hearing Dates | Orders | | | Transferee | | |
| Nov. 21 , 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Dec. 17, 1985 | TO | 623 F.Supp 634 | N.D. Texas 539 | David O. Belew, Jr. | |

Send CTOs and refer questions to:

*Beth Browning*

~~Richard Taylor~~/817-334-~~3132~~ 3657

Ms. Nancy Hall Doherty
Clerk, U. S. DistrictCourt
202 U. S. Courthouse
Fort Worth, Texas  76102

**Special Transferee Information**

DATE CLOSED: 6/7/93

JPML FORM 1

LISTING OF INVOLVED ACTIONS

N.D. Texas
Judge David O. Belew, Jr.

DOCKET NO. 657 -- In re Air Crash at Dallas/Fort Worth Airport on August 2, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Esther Ledford, et al. v. Delta Air Lines, Inc. *3-10-87* | S.D.Fla. Gonzalez | 85-6601 | 12/17/85 | 4-85-573 | 8/13/86 R | 3rd |
| A-2 | Dean Laverne Shawl, etc. v. Delta Air Lines, Inc. | N.D.Tex. Belew | 4-85-520 | — | | 10/1/87 D | |
| ✱ A-3 | Cynthia Zoe Dahl v. Delta Airlines, et al. | N.D.Tex. Sanders | 85-818 CA-3-85-1611 T | — | | Closed | |
| A-4 | Annie Edwards v. Delta Airlines, Inc. | S.D.Fla. Aronovitz | 85-6625 | 12/17/85 | 4-85-874-K | 6/2/88 R | O |
| A-5 | Robert Katz, et al. v. ~~Delta Air Lines, et al.~~ *3-10-87* | S.D.Fla. Roettger | 85-6638 | 12/17/85 | 4-85-875-K | 8/6/86 R | O 3rd |
| A-6 | Homer LeVar, etc. v. Delta Airlines, et al. *3-10-87* | S.D.Fla. Marcus | 85-6666 | 12/17/85 | 4-85-876-K | 9/22/86 R | O |
| A-7 | John Reynolds, etc. v. Delta Air Lines, et al. *3-10-87* | S.D.Fla. Paine | 85-6667 | 12/17/85 | 4-85-877-K | 8/28/86 R | O |
| A-8 | Gilbert G. Greene v. Delta Air Lines, Inc. *3-10-87* | S.D.Fla. Gonzalez | 85-6656 | 12/17/85 | 4-85-878-K | 12-4-7 R | O |
| A-9 | Andria Goodkin, etc. v. Delta Airlines, Inc. *3-10-87* | S.D.Fla. Gonzalez | 85-6639 | 12/17/85 | 4-85-879-K | 8/6/86-R | |
| A-10 | Kristin Lori Schatz, etc. v. Delta Air Lines, Inc. | N.D.Tex. Fish | 85-889 CA3-85-1758-G | — | | 3/2/87 D | 3rd pty pldg |
| A-11 | Charles H. Polk, et al. v. Delta Air Lines, Inc. | N.D.Tex. Porter | CA3-85-1779-D | — | 4-85-890-K | 5/ d/18 D | |
| A-12 | Christopher John Meir, et al. v. Delta Air Lines, Inc., et al. | S.D.Tex. DeAnda | H-85-4996 | 12/17/85 | 4-85-893 | 6/2/88 R | O |

*only action settled on appeal*

DOCKET NO. 657 -- In re Air Crash at Dallas/Fort Worth Airport on August 2, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Gary Johnson, etc. v. Lockheed Corp. | S.D.Fla. Roettger | 85-6715 | 12/17/85 | 4-85-880-K | | |
| A-14 | Thomas Kenneth Jurkowski, et al. v. Delta Airlines, Inc. | S.D.Fla. | 85-6713 3 | 12/17/85 | 4-85-881-K | 6/2/88 R | |
| A-15 | Katharen Reynolds, et al. v. Delta Air Lines, Inc. | S.D.Fla. Paine | 85-6714-Civ | 12/17/85 | 4-85-882-K | 8/19/86 D 3rd ptg par judgment | |
| A-16 | Robert Klein, etc. v. Delta Air Lines, Inc. | S.D.Fla. King | 85-3217-CIV-JLK | 12/17/85 | 4-85-883-K | dismissed | |
| A-17 | Robert Klein, etc. v. Delta Air Lines, Inc. | S.D.Fla. Atkins | 85-3218-CIV-CA | 12/17/85 | 4-85-884-K | 2/2/88 D | |
| A-18 | William B. Baner, etc. v. Delta Air Lines, Inc. | S.D.Fla. | 85-3219-CIV | 12/17/85 | 4-85-885-K | 6/2/88 R 0 | |
| A-19 | William B. Baner, etc. v. Delta Air Lines, Inc. | S.D.Fla. Kehoe | 85-3220-CIV-JWK | 12/17/85 | 4-85-886-K | 6/2/88 R 0 | |
| A-20 | Jaswant S. Bhatti, et al. v. Delta Air Lines, Inc. | S.D.Fla. | 85-6770-CIV | 12/17/85 | 4-85-887-K | 11/6/86 settled | |
| A-21 | Judy Cassedy, et al. v. Delta Air Lines, Inc. | C.D.Cal. Kenyon | 85-6366-RN (KX) | | | DO NOT COUNT | |
| A-22 | Reed Bunzel, et al. v. Delta Air Lines, Inc. | C.D.Cal. Tashima | 85-6365-AWT (GX) | | | | |
| A-23 | Shaun McLaughlin, et al. v. Delta Air Lines, Inc. | D.Utah Anderson | 85-C1112A | 12/17/85 | 4-85-893-K | 2/7/87 settled | |

JBML FORM 1 -- Continuation

Listing of Involved Actions -- p.

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-24 | Ronald Harris, et al. v. Delta Air Lines, Inc. | N.D.Tex Fish | CA3-85-1941-G 4-85-891K | | | Closed | dsnd |
| B-25 | Kerry Laver, etc. v. Delta Air Lines, Inc. 1-13-85 | S.D.Fla. Roettger | 85-8556 | 1/29/86 | 4-86-096K | 10/19/88D | |
| B-26 | Kerry Laver, etc. v. Delta Air Lines, Inc. 1-13-85 | S.D.Fla. Aronovitz | 85-8557 - CIV-ARONOVITZ | 1/29/86 | 4-86-097K | 10/19/88D | |
| B-27 | Clifton H. Schmidt, etc. v. Delta Air Lines, Inc. 1-13-85 | S.D. Fla. Roettger | 85-8558 - CIV-NCR | 1/29/86 | 4-86-098K | 5/16/88D | |
| B-28 | Nancy Epstein, etc. v. Delta Air Lines, Inc. 1-13-85 | S.D.Fla. Davis | 85-8579- CIV -DAVIS | 1/29/86 | 4-86- | 9/26/89 | |
| B-29 | Ann Marie Ibarguengortia-Garde, etc. v. Delta Air Lines, Inc. 1-13-85 | S.D.Fla. Spellman | 85-3299- CIV -SPELLMAN | 1/29/86 | 4-86-100K | 2/29/88D | |
| XYZ-30 | Sandra Anita O'Reilly, et al. v. Delta Air Lines, Inc. | N.D.Tex. | CA4-85-690-K | | | 2/8/88D | |
| B-31 | Mara Robinson, et al. v. Delta Air Lines, Inc. 1-13-86 | S.D.Fla. Hastings | 85-3340- CIV-ALH | 2-7-86 | 86-119K | 10/27/86 | R 3rd ptg pdg |
| B-32 | Patricia Ann Estridge, etc. v. Delta Air Lines, Inc. 1-29-86 3-10-87 | S.D.N.Y. Sprizzo | 85-CIV-7975Q | 2/4/86 86-141-K | | 2-3-86 | 3 pltg pdg |
| XYZ-33 | Deena Febbriello, etc. v. Delta Air Lines, Inc. | N.D.Tex | CA-4-757K | | | 5/24/88D | |

DOCKET NO. 657 -- In re Air Crash At Dallas/Ft. Worth Airport on August 2, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-34 | Brian K. Sulmonetti, etc. v. Delta Air Lines, Inc \-13 45 | S.D.Tex De Anda | H-85-6262 | 1/29/86 | 4-86-101K | 6/2/88R | 0 |
| B-35 | Donna Bernstein, et al. v. Delta Air Lines, Inc. \-13-45 | S.D.Fla. Gonzalez | 85-6852-Civ GONZALEZ | 1/29/86 | 4-86-102K | 6/2/88R | 0 |
| B-36 | Letty J. Manne, et al. v. Delta Air Lines, Inc. \-13-45 | S.D.Fla. Davis | 85-3549-Civ DAVIS | 1/29/86 | 4-86-103K | 6/2/88R | 0 |
| B-37 | Marie A. Davidson, etc. v. Delta Air Lines, Inc. \-13-45 3-10-87 | S.D.Fla. Spellman | 85-3520-Civ SPELLMAN | 1/29/86 | 4-86-104 | | |
| B-38 | Roy S. Thompson, etc. v. Delta Air Lines, Inc. \-22-86 3-10-87 | S.D.Fla. Aronovitz | 85-3507-CIV ARONOVITZ | 2-7-86 | 4-86-120K | 12-3-86G | 0 "pty pdg |
| B-39 | Madeline Monberg, etc. v. Delta Air Lines, Inc. \-22-86 3-10-87 | S.D.Fla. Marcus SCOTT | 85-3508-CIV MARCUS SCOTT | 2-7-86 | 4-86-121K | 12-3-86G | 0 " |
| B-40 | Robert Pegg, etc. v. Delta Air Lines, Inc. \-22-86 | S.D.Fla. Eaton | 85-3548-CIV EATON | 2-7-86 | 4-86-122K | 3/31/88D | |
| B-41 | Michael Muchnick, etc. v. Delta Air Lines, Inc., et al. \-22-86 | S.D.Fla. Zloch | 85-6929-CIV ZLOCH | 2-7-86 | 4-86-123 | | |
| B-42 | Gerald Goldman, et al. v. Delta Air Lines, Inc. \-22-86 | S.D.Fla. Davis | 85-6934-CIV DAVIS | 2-7-86 | 4-86-124K | 6/2/88R | 0 |
| B-43 | Sarah A. Miller, etc. v. Delta Air Lines, Inc. \-22-86 | S.D.Fla. Atkins | 86-0001-CIV ATKINS | 2-7-86 | 4-86-125K | 12/1/86R | 3d pty pdg |
| B-44 | Rebecca A. Sander, etc. v. Delta Air Lines, Inc. \-22-86 | W.D.La. Duhe | 85-3220-SEC L | 2-7-86 | 4-86-126K | 4/16/86G | |
| XYZ-45 | Lyall John O'Reilly, et al. v. Delta Air Lines, Inc. | N.D.Tex | CA 4-85-904-E | | | 2/8/88D | |
| XYZ-46 | Terry Dale Mayberry, et al. v. Delta Air Lines, Inc. \ | N.D. Tex. | CA-4-86-010-K | | | closed (a)nota | |
| XYZ-47 | Eloise Lansdell v. Delta Air Lines, Inc. | N.D.Tex | CA-4-86-0173-I | | | 9/17/87D | |

DOCKET NO. 657 -- Air Crash at Dallas/Ft. Worth Airport on 8/3/85

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-48 | Kandace Kaiser, et al. v. Delta Air Lines, Inc. | N.D. Tex | | | | 6/23/87 D | |
| B-49 | Harold Ageloff etc., v. Delta Air Lines et al. 3-10-87 | S.D. FL Scott | 86-8035-CIV (TES) | 2-27-86 | CA-4-86-204 | 5-23-86 | Od pld pdg |
| XYZ-50 | Terry Dale Mayberry, etc. v. Delta Air Lines, Inc. | N.D. Tex | CA4-86-010-E | | see XYZ-46 | | |
| B-51 | Carol F. Larsen, et al. v. Delta Air Lines, Inc. et al. 3-10-87 | S.D. Tex McDonald | H-86-747 | 5-23-86 | 86-458 | 12/17/86 R | Od pld pdg |
| B-52 | Elmo Joshua etc. v. Delta Air Lines, Inc. 4-3-86 | S.D. Fla Roettger | 86-6198-CIV ROETTGER | 4/21/86 | 86-330 | 6/2/88 R | |
| B-53 | Christine G. Battisti, etc. v. Delta Air Lines, Inc 4-3-86 | S.D. Fla Roettger | 86-8034-CIV ROETTGER | 5/6/86 | 86-341 | 8/6/86-R | Od pld pdg |
| B-54 | Terry Dale Mayberry, etc. v. Delta Air Lines, Inc. et al. 4/4/86 | S.D. Tex Sterling | H-86-872 RMS | 4/30/86 | 4-86-348 | 5/6/88 D | Settled D3 |
| XYZ-55 | Susan Deronne, et al. v. Delta Air Lines | N.D. Tex. | 86-023-F 4-86-077K | | | 5/16/40 D | |
| XYZ-56 | Robert Clay Doyle v. Delta Air Lines, Inc. | N.D. Tex. | 86-0054 4-86-230K | | | 6/18/86 D | 5d pld pdg |

[2 Rem TO STATE COURT (A-21+22) / 1 DUP (X12-50)

July 1986 - 40 TR / 13 X 42 / 53

DOCKET NO. 657 -- IN RE AIR CRASH AT DALLAS/FT. WORTH AIRPORT ON AUGUST 2, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-57 | Manuel A. Pyles, et al. v. Delta Air Lines, Inc. | S.D.Ohio J. Weber | C-1-86-0436 | 7/23/86 | 86-616 | 6/2/88 R | D |
| C-58 | James P. Flanagan, etc. v. Delta Air Lines, Inc. 7/31/86 | S.D.Fla. Kehoe | 86-1416-CIV-KEHOE | 8/18/86 | 86-681 | 6/2/88 R | D |
| C-59 | James P. Flanagan, etc. v. Delta Air Lines, Inc. 7/31/86 | S.D.Fla. Hastings | 86-1417-CIV-HASTINGS | 8/18/86 | 86-682 | 6/2/88 R | D |
| C-60 | Claire Schwartz, etc. v. Delta Air Lines, Inc., et al. 7/31/86 | W.D.Okla. Eubanks | CIV-86-1386-E | 8/18/86 | 86-683 | 8-20-87 R | 03d pty |
| C-61 | Sarkis Mahserejian, etc. v. Delta Airlines, Inc., et al. 85-86 3108? | S.D.Fla. Zloch | 86-6561-CIV-ZLOCH | 8-21-86 | 86-690 | 10/15/86 R | 03d pty pty |
| C-62 | Sharon W. Pugh, et al. v. Delta Air Lines, Inc., et al. 8-7-86 | N.D.Cal. Schwarzer | C86-2982-WWS | 8/25/86 | 86-695-K | dismissed | |
| XYZ-63 | Mary Ellis, et al. v. Delta Air Lines et al. | N.Tex. | 4-86-632-K | | | 4/30/90 | 03d pty pty |
| XYZ-64 | Jane Segal, etc. v. Delta Air Lines, Inc. | N.Tex. | 4-86-497K | | | 1/15/87 | 03d pty pty |
| XYZ-65 | Charlene R. Vicich v. Delta Air Lines Inc. | N.Tex. | 4-86-316K | | | | |
| C-66 | Juanita Williams, et al. v. Lockheed Aircraft Corp., Inc., et al. 10-1-86 | S.D.Fla. Zloch | 86-6485-CIV-ZLOCH | 10/17/86 | 4-86-811-K | 8/9/88 D | |
| XYZ-67 | Marilyn Verdiccio, et al. v. Delta Air Lines | N.D.Tex | 86-785-K | | | 11/10/86 | 3d pty pty |
| C-68 | Wayman E. Hancock, et al. v. Delta Airlines, Inc. 10/17/86 | N.D.Cal. Schnacke RHS | C-86-2987 | 11/4/86 | 86-870K | 7-15-87 | |

DOCKET NO. _____ --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-69 | Steven Takus, etc. v. Delta Airlines, Inc., et al. | W.D. Tex. Garcia | SA-86-CA-1510 | 12-23-86 | 86-98LK | TS trans to W/ Terry 1/13/88D | W/ XYZ 71 |
| XYZ-70 | Leora White, etc., et al. v. Delta Air Lines, Inc. | N.D. Tex | CA4-86-886-K | | | 5/8/87 D | O⁵ rly pty |
| XYZ-71 | Pamela J. Douglass, etc. v. Delta Air Lines, Inc., et al. | N.D. Tex | CA4-86-885-K | – – – | – – | consolidated w/ C 69 1/13/88 D | |
| C-72 | Elizabeth Marsh v. Delta Airlines, Inc. 12/16/86 OPPOSED-1-5-87 | S.D. Fla. Aronovitz SMA | 86-6859-Civ-SMA | | VACATED | | CTO 1/13/87 |
| C-73 | Rebecca S. Moore, et al. v. Delta Air Lines, Inc. 12/23/86 OPPOSED-1/7/87 | C.Cal. Hill | CV-86-4966IH | | | | CTO Vacated 1-13-81 |
| C-74 | Robert D. Shearer, et al. v. Delta Air Lines, Inc. 12/23/86 | S.D. Fla. Marcus | 86-6750-Civ-Marcus | | VACATED | | CTO 1/7/87 |
| XYZ-75 | Wallace Dill, et al. v. Delta Air Lines, Inc., et al. | N.D. Tex. | CA4-86-980-K | | | 2-23-91 Vacated closed (9) | |
| XYZ-76 | Donald D. Fields, et al. v. Delta Air Lines, Inc., et al. | N.D. Tex. | CA4-86-562-K | | | 1/9/87 | O⁵ rly pty's Delta Dis.1/9/87 USA pend |
| C-77 | Sara Lawrence, et al. v. Delta Air Lines, Inc. 3-6-87 | S.D. Fla. Aronovitz ARONOVITZ | 87-0218-CIV-ARONOVITZ | 3/24/87 | 87-207-K | 2/2/88D | |
| XYZ-78 | Kathleen E. Connors v. U.S.A. | N. Tex. | CA4-87-060-K | | | 9/1/89 D | |
| XYZ-79 ✱ | Winston Lee v. Delta Air Lines | N. Tex. | CA4-87-97-K | | | 6/7/89 D | |
| XYZ-80 | Jean R. Nassick, etc. v. U.S.A. | N. Tex. | CA4-87-139-K | | | 9/1/89 D | |
| XYZ-81 | Ervin F. Vicich v. Delta Air Lines | N. Tex | CA4-87-183-K | | | | |

DOCKET NO.   657 -- In re Air Crash at Dallas/Fort Worth Airport on August 2, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-82 | Gary Johnson, *etc.* v. United States of America | S.D.Fla. Aronovitz | 87-6124-Civ-ARONOVITZ | 4-30-87 | 4-87-309-K | dismissed | |
| C-83 | Anthony Peter Phillips, et al. v. Delta Air Lines, Inc. 5/15/87 | S.D.Fla. Paine | 87-6246-CIV-PAINE | 6-2-87 | 4-87-373K | 6/1/88 D | |
| C-84 | Anthony DeLillo, et al. v. Delta Air Lines, Inc. 5/29/87 | S.D.Fla. Kehoe | 87-607-CIV-KEHOE | 6/16/87 | 4-89-400K | 8/8/86 D | |
| C-85 | Susan Perdaris, et al. v. Delta Air Lines, Inc. 5/29/87 | D.Kan. Saffels | 87-2169-S | 6/16/87 | 4-87-401 K | dismissed | |
| C-86 | Susan Perdaris, etc. v. Delta Air Lines, Inc. 5/29/87 | D.Kan. O'Connor | 87-2170-O | 6/16/87 | 4-89-402 K | dismissed | |
| XYZ-87 | Marvin Almas, etc. v. Delta Air Lines, Inc. | N.D.Tex. | 86-344-K | — | | 5/24/88 D | closed 90 per les |
| XYZ-88 | Mary Ann Messer v. Delta Air Lines, Inc. | N.D.Tex. | 86-563-K | | | | closed 90 per les |
| XYZ-89 | Leslie Rae Stansbury, etc. v. Delta Air Lines, Inc. | N.D.Tex. | 86-948-K | Dis/32 Rem/78 | | Pending | |
| C-90 | July 1987 - 15 TR/15 XYZ/3 [Note: 23 cro but 3d pty. still pending in Tx's court] Michael Muchnick, et al. v. Delta Air Lines, Inc., et al. 6-15-87 | S.D.Fla. Zloch | 87-6069-CIV-ZLOCH | 7/1/87 | 4-87-391K | 6/2/88 R° | |
| C-91 | Wendy Allen Robinson v. The United States of America 8/12/87 | S.D.Fla. Ryskamp | 87-1166-CIV-RYSKAMP | 8/28/87 | 4-87-719K | 6/2/88 R | |
| C-92 | Dennis W. Zarnt, et al. v. Delta Airlines, Inc. 8-19-87 OPPOSED - 9/3/87 | Fla., S. Paine | 87-8507 CIV-PAINE | | | Vacated 10/15/87 | |

DOCKET NO. 657 -- IN RE AIR CRASH AT DALLAS/FORT WORTH AIRPORT ON AUGUST 2, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-93 | Marvin Almas, et al. v. Delta Air Lines, Inc. 8/24/87 | Ga.,N. Hall | C87-1671A | 9-9-87 | 4-87-799K | completely closed 5/24/89 13-87 | |
| ★ C-94 | John K. Moore v. Delta Air Lines, Inc., et al. 8/24/87 | Fla.,S. Gonzalez | 87-6555-CIV-GONZALEZ | 9-9-87 | 4-87-655K | Closed. | |
| C-95 | Anita Garcia, et al. v. Delta Airlines, Inc. 9-2-87 | Fla.,S. Roettger | 87-6602-CIV-NCR | 9-29-87 | 4-87-709K | 4/19/88 PR 3rd pty | |
| C-96 | Vicki Chavis, et al. v. United States of America 10-15-87 opposed 10/27/87 | S.D.Fla. Davis | 87-1335-CIV-DAVIS | 2-3-89 | CA 4-88-104K | 2/88 | |
| C-97 | Jenny Amatulli, et al. v. Lockheed Aircraft Corp., a/k/a Lockheed Corp. et al 11-25-87 dismissed 12-7-87 | S.D.Fla. Marcus | 87-1325-CIV-MARCUS | VACATED 4/19/88 | VACATED 1/12/88 12/7/87 D | | |
| C-98 | John T. Morrison, etc. v. Delta Airlines Inc. 11-25-87 dismissed 12/7/87 | S.D.Fla. Roettger | 87-6202-CIV-ROETTGER | | | | |
| ★ XYZ-99 | Mullen & Co., Inc., et al. v. Delta Air Lines, Inc. | N.D.Tex | 4-87-488-K | | | Closed | |
| XYZ-100 | Carl Bethay v. Delta Airlines, Inc. | N.D.Tex | 4-87-495-K | | | dismissed | |
| XYZ-101 | Nancy Cochrane v. Delta Airlines, Inc | N.D.Tex | 4-87-496-K | | | closed (91) jury | |
| XYZ-102 | Evelyn Monberg v. Delta Airlines, Inc | N.D.Tex | 4-87-475-K | | | closed 91 jury | |
| XYZ-102 | David Miller v. Delta Airlines, Inc. | N.D.Tex | 4-87-483-K | | | dismissed | |
| XYZ-103 | Ronald Wright v. Delta Airlines, Inc. | N.D.Tex | 4-87-484-K | | | closed (91) jury | |
| XYZ-104 | Margaret Sampson v. Delta Airlines, Inc | N.D.Tex | 4-87-499-K | | | 3/16/90 D | |

July 1988 - 6 TR / 7 X 42 / 6 Dis / 1 Rem / 84 pdg

July 1989 same

July 1990 - 42 dis / 30 rem / 12 pending

July 1991 - 9 dis / 3 pdg.

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>657</u> -- <u>In re Air Crash at Dallas/Fort Worth Airport on August 2, 1985</u>

Lead/Liaison Counsel appointed per J. Belew of 3/1/86

<u>LEAD/LIAISON COUNSEL FOR PLAINTIFFS</u>
Windel Turley, Esquire
1000 University Tower
6440 N. Central Expressway
Dallas, Texas 75206

DELTA AIR LINES, INC.
UNITED STATES AVIATION UNDERWRITERS,
 INC.
Frank Finn, Esquire
Thompson & Knight
3300 First City Center
Dallas, Texas 75201

LOCKHEED CORPORATION
Charles Smith, Esquire
Maloney & Smith
300 Crescent Court
Suite 1100
Dallas, Texas 75201

RUFUS G. LEWIS
ENTERPIRSE AVIATION COMPANY
Stephen C. Howell, Esquire
Brown, Herman, Scott, Dean & Miles
203 Fort Worth Club Building
Fort Worth, Texas 76102

JACK WILLIAMS
RICHARD C. DOUGLAS (U.S.A.)
Kathlynn G. Fadely, Esquire
Senior Aviation Counsel
P.O. Box 14271
Washington, D.C. 20044-4271

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- In re Air Crash at Dallas/Fort Worth Airport on

August 2, 1985

ESTER LEDFORD, ET AL. (A-1)
CYNTHIA ZOE DAHL (A-3)
ANNIE EDWARDS (A-4)
Richard E. Brown, Esquire
Melvin M. Belli, Esquire
The Belli Building
722 Montgomery Street
San Francisco, California  94111

DEAN LAVERN SHAWL, ETC. (A-2)
Carl G. Quisenberry, Esquire
Quisenberry & Spurlick
2601 Airport Freeway
Suite 1500
Fort Worth, Texas  76111

ROBERT KATZ, ET AL. (A-5)
HOMER LEVAR, ETC. (A-6)
JOHN REYNOLDS, ETC. (A-7)
Jon E. Krupnick, Esquire
Krupnick & Campbell, P.A.
Suite 100 - Courthouse Law Plaza
700 Southeast Third Avenue
Fort Lauderdale, Florida  33316

GILBERT G. GREENE (A-8)
Gary Farmer, Esquire
633 South Andrews Avenue, 3rd Floor
Fort Lauderdale, Florida  33301

ANDRIA GOODKIN, ET AL. (A-9)
Sheldon J. Schlesinger, Esq.
1212 Southeast Third Avenue
Post Office Box 21704
Fort Lauderdale, FL  33335

KRISTIN LORI SCHATZ, ET AL. (A-10)
Richard G. McCue, Esquire
Nichols, Speidel & Nichols
237 Main Street
Batavia, Ohio  45103

Bonnie Wolff, Esquire
3500 Oak Lawn
Suite 220
Dallas, Texas 75219

CHARLES H. POLK, ET AL. (A-11)
Windle Turley, Esquire
1000 University Tower
6440 N. Central Expressway
Dallas, Texas 75206

CHRISTOPHER JOHN MEIR, ET AL. (A-12)
Benton Musslewhite, Esquire
609 Fannin, Suite 517
Houston, Texas  77002

DELTA AIR LINES, INC.
UNITED STATES AVIATION UNDERWRITERS,
   INC.
Frank Finn, Esquire
Thompson & Knight
3300 First City Center
Dallas, Texas 75201

LOCKHEED CORPORATION
Charles H. Smith, Esquire
Shank, Irwin & Conant
4100 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201

RUFUS G. LEWIS
ENTERPRISE AVIATION COMPANY
Stephen C. Howell, Esq.
Brown, Herman, Scott, Dean & Miles
203 Fort Worth Club Building
Fort Worth, TX  76102

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __657__   --   _____

GARY JOHNSON, ETC. (A-13)
Jon E. Krupnick, Esquire
(Same as A-5, A-6 & A-7)

THOMAS KENNETH JURKOWSKI, ET AL. (A-14)
William J. Berger, Esq.
Fine, Jacobson, Schwartz, Nash,
  Block & England
One CenTrust Financial Center
100 S. E. 2nd Street
Miami, FL 33131

KATHAREN REYNOLDS, ET AL. (A-15)
Galbut, Galbut & Menim
999 Washington Avenue
Miami Beach, Florida 33139

Bill Hope, Esq.
Hoppe & Backmeyer
2nd Floor Concord Bldg.
66 West Flagler Street
Miami, Florida 33130

ROBERT KLEIN, ETC. (A-16 & A-17)
WILLIAM B. BANER, ETC. (A-18 & A-19)
Aaron Podhurst, Esq.
Robert Parks, Esq.
Podhurst, Orseck, Parks,
Josefsburg, Eaton, Meadow & Olin
1201 City National Bank Bldg.
25 West Flagler Street
Miami, Florida 33130

JASWANT S. BHATTI, ET AL. (A-20)
F. Lee Bailey, Esq.
Aaron J. Broder, Esq.
350 Fifth Avenue
Suite 4710
New York, New York 10118

JUDY CASSEDY, ET AL. (A-21)
REED BUNZEL, ET AL. (A-22)
Daniel C. Cathcart, Esq.
Magana, Cathcart, McCarthy
& Pierry
1801 Avenue of the Stars
Suite 810
Los Angeles, California 90067

SHAUN MCLAUGHLIN, ET AL. (A-23)
W. Waldan Lloyd, Esq.
Charles M. Bennett, Esq.
Callister, Duncan & Nebeker
Kennecott Bldg., Ste. 800
Salt Lake City, Utah 84133

RONALD HARRIS, ET AL. (A-24)
Windle Turley, Esq.
(Same A-11)

KERRY LAVER, ET AL. (B-25 & B-26)
CLIFTON H. SCHMIDT, ETC. (B-27)
NANCY TESTEIN, ETC. (B-28)
ANN MARIE IBARGUENGORTIA-GARDE, ETC. (B-29)
Aaron Podhurst, Esq.
(Same as A-16 & A-17)

SANDRA ANITA O'REILLY, ET AL. (B-30)
John H. McElhaney, Esq.
Locke, Purnell, Boren,
  Laney & Neely
3600 RepublicBank Tower
Dallas, Texas 75201

MARA ROBINSON, ET AL. (B-31)
Duane Anderson, Esq.
Anderson, Moss, Russo,
  Gievers & Cohen
2300 New World Tower
100 North Biscayne Blvd.
Miami, Florida 33132

Case MDL No. 657   Document 118   Filed 06/11/15   Page 43 of 50

JPML FORM 2A -- Continuation ⊕

DOCKET NO. 657 -- In Re Air Crash at Dallas/Fort

---

PATRICIA ANN ESTRIDGE, ETC. (B-32)
Lee S. Kreindler, Esq.
Gerald A. Robbie, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, New York  10017


BRIAN K. SULMONETTI, ETC. (B-34)
DONNA BERNSTEIN, ET AL. (B-35)
William P. Suriano, Esq.
J. Stephen Walker, Esq.
Jenner & Block
One IBM Plaza
Chicago, Illinois  60611


LETTY J. MANNE, ET AL. (B-36)
Aaron Podhurst, Esq.
(Same As A-16)


MARIE A. DAVIDSON, ETC. (B-37)
Duana Anderson, Esq.
(Same As B-31)


Lee S. Kreindler, Esq.
(Same As B-32)


CAROL F. LARSEN, ET AL.   B-51
W. James Kronzer, Esquire
1001 Texas Avenue, Ste., 1030
Houston, Texas  77002


Joseph Jamail, Esquire
Jamail & Kolius
3000 One Allen Center
Houston, Texas  77002


KATHLEEN E. CONNORS (Deft. in B-51)
Frank Finn, Esq. (Same as Delta Air
Lines)

JACK WILLIAMS
RICHARD DOUGLAS
Kathlynn G. Fadeley, Esquire
Trial Attorney
U.S. Department of Justice
Washington, D.C.

---

KERRY LAVER, ETC. (B-25 & B-26)
CLIFTON H. SCHMIDT, ETC. (B-27)
Maclean, Amato, Arlen & Anderson
2700 N.E. 14th St. Causeway
Pompano Beach, Florida

Speiser, Krause & Madole
1216 Sixteeneth St., N.W.
Washington, D.C.  20036


Aaron Podhurst, Esq.
(Same As A-16)


NANCY EPSTEIN, ETC. (B-28)
LETTY J. MANNE, ET AL. (B-36)
Morris Epstein, Esq.
575 Boylston Street
Boston, Massachusetts  02116


Aaron Podhurst, Esq.
(Same As A-16)


Speiser, Krause & Madole
(Same As B-25)


ANN MARIE IBARGUENGORTIA-GARDE,
  ETC. (B-29)
Speiser, Krause & Madole
(Sames As A-25)

Aaron Podhurst, Esq.
(Same As A-16)

JPML FORM 2A -- Continuation

Counsel of Record -- p. __4__

DOCKET NO. 657 -- *In Re Air Crash at Dallas/Fort Worth Airport on August 2, 1985*

| | |
|---|---|
| ROY S. THOMPSON, ETC. (B-38)<br>MADELINE MONBERG, ETC. (B-39)<br>Duane Anderson, Esq.<br>(Same As B-31) | ELMO JOSHUA, ETC. (B-52)<br>Melvin M. Belli, Sr., Esq.<br>The Belli Building<br>722 Montgomery Street<br>San Francisco, CA 94111 |

ROY S. THOMPSON, ETC. (B-38)
MADELINE MONBERG, ETC. (B-39)
Duane Anderson, Esq.
(Same As B-31)

Lee S. Kreindler, Esq.
(Sames As B-32)

ROBERT PEGG, ETC. (B-40)
GERALD GOLDMAN, ET AL. (B-42)
Speiser, Krause & Madole
(Same As B-25)

Aaron Podhurst
(Same As A-16)

SARAH A. MILLER, ETC. ( B-43)
Timothy G. Anagnost, Esq.
1515 N.W. 7th Street
Suite 106
Miami, Florida 33125

REBECCA A. SANDER, ETC. (B-44)
Gregory E. Tonore, Esq.
Andrus, Boudreaux, Salley & Tonore
Post Office Box 3347
Lafayette, Louisiana 70502

MICHAEL MUCHNICK, ETC. (B-41)
David W. Boone, Esq.
Boone & Davis
2311 North Andrews Ave.
Fort Lauderdale, Florida 33311

HAROLD AGELOFF ETC., (B-49)
Robert M. Montgomery, Jr., Esq.
Montgomery Searcy and Denney, P.A.
P.O. Drawer 3626
West Palm Beach, FL 33402

ELMO JOSHUA, ETC. (B-52)
Melvin M. Belli, Sr., Esq.
The Belli Building
722 Montgomery Street
San Francisco, CA 94111

Paul Siegel, Esq.
Sinclair, Louis, Siegel, Heath,
  Nussbaum & Zavertnik
1125 Alfred I. DuPont Bldg.
Miami, Florida 33131

CHRISTINE G. BATTISTI, ETC. (B-53)
Robert M. Montgomery, Jr., Esq.
Montgomery, Searcy & Denney
P.O. Box 3626
West Palm Beach, Florida 33402

TERRY DALE MAYBERRY, ETC   (B-54)
Michael D. Sydow, Esquire
O'QUINN & HAGANS
3200 Texas Commerce Tower
Houston, Texas 77002

DEFENDANTS (Third Parties)  (B-54)
JACK WILLIAMS,
RICHARD C. DOUGLASS
Kathlynn G. Fadely - Trial Attorney
U.S. Department of Justice
Post Office Box 14271
Washington, D.C. 20044-4271

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- IN RE CRASH AT DALLAS/FORTH WORTH AIRPORT, ON AUGUST 2, 1985

| | |
|---|---|
| NOTICE OF OPPOSITION FILED 3/13/86<br>CAROL F. LARSEN, ET AL.  (B-15)<br>W. James Kronzer, Esquire<br>1001 Texas Avenue<br>Suite 1030<br>Houston, Texas  77002 | MANUEL A. PYLES (C-57)<br><br>Marshall C. Hunt, Jr., Esquire<br>66 East Hollister Street<br>Cincinnati, Ohio  45219-1704 |
| MOTION TO REMAND FILED 4/7/86<br>HAROLD AGELOFF  (B-49)<br>Robert M. Montgomery, Jr., Esq.<br>MONTGOMERY, SEARCH & DENNEY<br>P.O. Box 3626<br>West Palm Beach, Florida  33402 | JAMES P. FLANAGAN, ETC. (C-58 and C-59)<br>Aaron Podhurst, Esq.<br>Podhurst, Orseck, Parks, Josefberg,<br>Eaton, Meadow & Olin<br>1201 City National Bank Bldg.<br>25 West Flagler Street<br>Miami, Florida  33130 |
| MOTION TO REMAND FILED  5/7/86<br>ROBERT KATZ (A-5)<br>Krupnick, Campbell, Malone & Roselli,<br>P.A.<br>Suite 100- Courthouse Law Plaza<br>Fort Lauderdale, Florida 33316 | CLAIRE SCHWARTZ, ETC. (C-60)<br>James P. Linn, Esq.<br>Drew Neville, Esq.<br>Linn & Helms<br>400 Fidelity Plaza<br>Oklahoma City, Oklahoma  73102 |
| MOTION TO REMAND FILED 6/17/86<br>ANDRIA GOODKIN, ET AL. (A-9)<br>Sheldon J. Schlesinger, Esq.<br>1212 Southeast Third Avenue<br>Post Office Box 21704<br>Fort Lauderdale, Florida  3335 | UNITED STATES OF AMERICA (def't C-60)<br>William S. Price, Esq.<br>Room 4434, U.S. Courthouse &<br>Federal Office Building<br>Oklahoma City, Oklahoma  73102 |
| MOTION TO REMAND FILED 6/17/86<br>CHRISTINE G. BATTISTI, ETC. (B-53)<br>Robert M. Montgomery, Jr., Esq.<br>Montgomery, Searcy & Denney<br>P.O. Box 3626<br>West Palm Beach, Flordia  33402 | SARKIS MAHSEREJIAN, ETC. (C-61)<br>Jon E. Krupnick, Esq.<br>Krupnick, Campbell, Malone &<br>Roselli<br>700 Southeast Third Avenue<br>Suite 100<br>Fort Lauderdale, FL  33316 |

JPML FORM 4A -- Continuation

**Panel Attorney Service List -- p.** ___6___

DOCKET NO. __657__ -- _____

---

SHARON W. PUGH, ET AL. ( C-62)
William J. Hooy, Esq.
3125 Clayton Road
2nd Floor
Concord, California  94519


JUANITA WILLIAMS, ET AL. (C-66)
W. George Allen, Esq.
116 Southeast Sixth Court
P.O. Box 14738
Fort Lauderdale, Florida  33302


WAYMAN E. HANCOCK., ET AL.   (C-68)
Stephen T. Cox, Esquire
Hoberg, Finger, Brown, Cox
  & Molligan
703 Market St., 18th Floor
San Francisco, CA  94103


STEVEN TAKUS, ETC.   (C-69)
R. Jack Ayres, Jr., Esquire
4350 Beltway Drive
Dallas, Texas  75244


KATHLEEN CONNORS (Deft.69)
Frank Finn, Esq.
(listed previously)


ELIZABETH MARSH C-72
Edward R. Curtis, Esq.
800 Southeast Third Avenue
Suite 300
Ft. Lauderdale, Florida 33316   Vacated 1/3/87

Joseph Degance, P.A.
1995 E. Oakland Park Blvd.
Ft. Lauderdale, Florida 33306


REBECCA SUSAN MOORE (C-73)
Mark E. Augustine, Esquire
Lewis, D'Amato, Brisbois
  & Bisgaard
Five Park -- Suite 300
261 South Figueroa Street   Vac d 2-3-87
Los Angeles, California 90012


ROBERT DEAN SHEARER (C-74)
Cone, Wagner, Nugent, Johnson,
  Roth & Romano, P. A.    Vacated
1601 Belvedere Road
Post Office Box 3466
West Palm Beach, Florida 33402


SARA LAWRENCE, ET AL. (C-77)
Robert L. Parks, Esq.
Podhurst, Orseck, Parks, Josefsberg,
  Eaton, Meadow & Olin
Suite 800, City National Bank Bldg.
25 West Flagler Street
Miami, Florida  33130


GARY JOHNSON, ETC. (C-82)
Jon E. Krupnick, Esq.
Krupnick, Campbell, Malone
  & Roselli, P.A.
Suite 100
700 S.E. Third Avenue
Ft. Lauderdale, FL  33316


ANTHONY PETER PHILLIPS, ET AL. (C-83)
Aaron Podhurst, Esq.
Robert Parks, Esq.
Podhurst, Orseck, Parks, Josefsberg,
  Eaton, Meadow & Olin
25 West Flagler Street
Suite 800
Miami, Florida  33130-1780


ANTHONY DELILLO, ET AL. (C-84)
Fogle & Poole
Biscayne Building
Suite 924
19 West Flagler Street
Miami, Florida  33130

Duane Anderson, Esq.
Anderson, Moss, Russo, Gievers
  & Cohen
2300 New World Tower
100 North Biscayne Blvd.
Miami, Florida  33132

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___7___

DOCKET NO. __657__ -- In re Crash at Dallas/Fort Worth Airport on August 2, 1985

---

SUSAN PERDARIS, ET AL. (C-85)
SUSAN PERDARIS, ETC. (C-86)
Lynn R. Johnson, Esq.
Shamberg, Johnson, Bergman
  & Goldman
4551 West 107th Street
Suite 355
Overland Park, Kansas  66207


MICHAEL MUCHNICK, ET AL. (C-90)
David Wm. Boone, Esq.
Boone & Davis
Suite 1000
3390 Peachtree Road, N.E.
Atlanta, Georgia  30326

WENDY ALLEN ROBINSON (C-91)
Barbara A. Curtis, Esq.
Law Office of Edward R. Curtis
P.O. Box 21607
Fort Lauderdale, Florida  33335


DENNIS W. ZARNT, ET AL.  (C-92)
Robert M. Montgomery, Jr., Esq.
(Same as B-53)


MARVIN ALMAS, ET AL.  (C-93)
Glover McGhee, Esquire
Michael H. Schroder, Esquire
Swift, Currie, McGhee & Hiers
Post Office Box 54247
771 Spring Street, N.W.
Atlanta, Georgia  30379-2401

Charles F. Krause, Esquire
Speiser, Krause & Madole
15315 San Pedro
San Antonio, Texas  78232


JOHN K. MOORE   (C-94)
Robert L. Parks, Esquire
Podhurst, Orseck, Parks, et al
800 City National Bank Bldg.
25 West Flagler Street
Miami, Florida  33130

Miller & Martin
Suite 1000
Volunteer Building
Chattanooga, Tennessee  37402

Speiser, Krause & Madole
1216 Sixteenth St., N.W.
Washington, D.C.  20036

ANITA GARCIA, ET AL.  (C-95)
Ronald C. Dresnick, Esquire
Bailey, Gerstein, Rashkind
  & Dresnick
Suite 950
4770 Biscayne Boulevard
Miami, Florida  33137

VICKI CHAVIS, ET AL.  (C-96)
Speiser, Krause & Madole
1216 Sixteenth Street, N.W.    opposed
Washington, D.C.  20036       10/27/87

Aaron Podhurst, Esq.
Podhurst, Orseck, Parks, Josefsberg,
  Eaton, Meadow & Olin
Suite 800, City National Bank Bldg.
25 West Flagler Street           opposed
Miami, Florida  33130          10/27/87

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __8__

DOCKET NO. __657__ -- _____

JENNY AMATULLI, ET AL. (C-97)
Aaron Podhurst, Esq.
Podhurst, Orseck, Parks, Josefsberg,
  Eaton, Meadow & Olin
Suite 800, City National Bank Bldg.
25 West Flagler Street
Miami, Florida 33130

Speiser, Krause & Madole
1216 16th Street, N.W.
Washington, D.C. 20036

JOHN T. MORRISON, ETC. (C-98)
Wilton L. Strickland, Esq.
Ferrero, Middlebrooks, Strickland
  & Fischer
Post Office Box 14603
Fort Lauderdale, Florida 33302

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. __657__ -- IN RE CRASH AT DALLAS/FORT WORTH AIRPORT ON AUGUST 2, 1985

COUNSEL INVOLVED IN OPPOSITIONS

DENNIS W. ZARNT, ET AL.  (C-92)
Robert M. Montgomery, Jr., Esquire
Montgomery, Searcy & Denney
Post Office Box 3626
West Palm Beach, Florida  33402

NOTICE OF OPPOSITION FILED 12/1/87
JOHN T. MORRISON, ETC. (C-98)
Wilton L. Strickland, Esq.
Ferrero, Middlebrooks, Strickland
 & Fischer
Post Office Box 14603
Fort Lauderdale, Florida  33302

NOTICE OF OPPOSITON FILED   12/7/87
JENNY AMATULLI, ET AL. (C-97)
Aaron S. Podhurst, Esq.
Podhurst, Orseck, Parks, Josefsberg,
 Eaton, Meadow & Olin
City National Bank Building
Suite 800
25 West Flagler Street
Miami, Florida  33130

Speiser, Krause & Madole
1216 Sixteenth Street, N.W.
Washington, D.C. 20036

Charles H. Smith, Esq.
J. Michael Colpoys, Esq.
300 Crescent Court
Suite 1100
Dallas, Texas  75201

NOTICE OF OPPOSITION TO CRO FILED 3/18/88
KATHLEEN E. CONNORS (to C-91)
Frank Finn, Esq.
Thompson & Knight
3300 First City Center
1700 Pacific Avenue
Dallas, Texas  75201

WENDY ALLEN ROBINSON (C-91)
Barbara A. Curtis, Esq.
McCune, Hiaasen, Crum, Ferris
 & Gardner
P.O. Box  14636
Fort Lauderdale, Florida  33302

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 657 -- In re Air Crash at Dallas/Fort Worth Airport on
August 2, 1985

| Name of Party | Named as Party in Following Actions |
|---|---|
| Delta Air Lines, Inc. | ... A-2, A-4, A-2, A-2, A-9, A-10, B-49, B-51, ... D-54, C-57, C-58, C-72, ..., C-61, ..., C-68, C-69, ..., C-70, C-92, C-93, C-94, C-85, C-98 |
| Lockheed Corp. (Lockheed International) | C-76, C-90, C-94 |
| Rufus G. Lewis | A-3, A-12 - B-54 |
| Enterprise Aviation, Inc. | A-12; B-54 |
| JACK WILLIAMS | B-54 - C-69; |
| RICHARD C. DOUGLASS | B-54; C-69; |
| The United States of America | C-69; C-82, C-91; C-94, C-96, C-97 |
| | |
| | |
| | |
| | |